**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF KENTUCKY

Case number *(if known)* _____   Chapter ___11___

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   **04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Please & Thank You, LLC |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | DBA  Questionable Taste |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 27-3571204 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 800 E. Market Street <br> Louisville, KY 40206 <br> Number, Street, City, State & ZIP Code | 2341 Frankfort Avenue <br> Louisville, KY 40206 <br> P.O. Box, Number, Street, City, State & ZIP Code |
| Jefferson <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.wearepleaseandthankyou.com |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   Please & Thank You, LLC
     Name

Case number (*if known*) _____

| | |
|---|---|
| **7.** | **Describe debtor's business** |

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____7225_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor    Please & Thank You, LLC                                    Case number (*if known*) _____
          _____
          Name

List all cases. If more than 1,
attach a separate list                Debtor _____        Relationship _____
                                      District _____  When _____  Case number, if known _____

---

**11.  Why is the case filed in *this district?***

*Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
          Contact name    _____
          Phone           _____

---

**Statistical and administrative information**

**13.  Debtor's estimation of available funds**

.    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    Please & Thank You, LLC
          Name

Case number (*if known*)

| | |
|---|---|

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___June  2, 2026___
MM / DD / YYYY

**X** /s/ Brooke Vaughn
Signature of authorized representative of debtor

Brooke Vaughn
Printed name

Title    Sole Member & President

**18. Signature of attorney**

**X** /s/ Neil C Bordy
Signature of attorney for debtor

Date June  2, 2026
MM / DD / YYYY

Neil C Bordy 06503
Printed name

Seiller Waterman LLC
Firm name

Meidinger Tower - 22nd Floor
462 S. 4th Street
Louisville, KY 40202
Number, Street, City, State & ZIP Code

Contact phone    502-584-7400

Email address    bordy@derbycitylaw.com

06503 KY
Bar number and State

# RESOLUTION OF THE SOLE MEMBER OF
# PLEASE & THANK YOU, LLC

A special meeting was held by the undersigned, the sole member (the "Member") and President of Please & Thank You, LLC (the "Company"), on the 29th day of May 2026. The Member hereby takes the following actions and adopts the following resolutions:

**WHEREAS**, the Member has considered advice by financial and legal advisors of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to it, and the effect of the foregoing on the Company's business; and

**WHEREAS**, the Member has had the opportunity to consult with the management and the financial and legal advisors of the Company and to fully consider each of the strategic alternatives available to the Company and has determined, in the judgment of the Member, that the following resolutions are in the best interests of the Company, its employees, and its creditors.

**NOW, THEREFORE, BE IT:**

**RESOLVED**, that, in the judgment of the Member, it is desirable and in the best interests of the Company, its creditors, and other parties in interest, that the Company shall be, and hereby is, authorized to file, or cause to be filed, a voluntary petition for relief (the "Chapter 11 Case") under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Western District of Kentucky (the "Bankruptcy Court") or other court of competent jurisdiction and any other petition for relief or recognition or other order that may be desirable under applicable law in the United States; and

**RESOLVED**, that the Member and any other duly appointed officer of the Company (collectively, the "Authorized Signatories"), acting alone or with one or more other Authorized Signatories be, and hereby is, authorized, empowered, and directed to execute and file on behalf of the Company all petitions, schedules, lists, and other motions, pleadings, papers, or documents, and to take any and all actions that they deem necessary, appropriate, or desirable to obtain such relief, including, without limitation, any action necessary, appropriate, or desirable to maintain the ordinary course operation of each Company's business.

**RESOLVED**, that each of the Authorized Signatories be, and hereby is, authorized, empowered, and directed to employ the law firm of Seiller Waterman LLC, as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including the preparation and filing of any motions, objections, replies,

applications, or pleadings and conducting any potential sale process on behalf of the Company in the Chapter 11 Case; and in connection therewith, each of the Authorized Signatories, acting alone or in any combination, with power of delegation, is hereby authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers, if required, prior to and immediately upon the filing of the Chapter 11 Case, and to cause to be filed an appropriate application for authority to retain Seiller Waterman LLC;

**RESOLVED**, that each of the Authorized Signatories be, and hereby is, authorized, empowered, and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, each of the Authorized Signatories, acting alone or in any combination, with power of delegation, is hereby authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers and fees, if required, prior to and immediately upon the filing of the Chapter 11 Case, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary, appropriate, or desirable; and

**RESOLVED**, that each of the Authorized Signatories, acting alone or in any combination, be, and each hereby is, with power of delegation, authorized, empowered, and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, restructuring advisors, and other professionals and to take and perform any and all further acts and deeds that each of the Authorized Signatories deems necessary, appropriate, or desirable in connection with the Chapter 11 Case.

The undersigned represents that she is authorized to execute this written Resolution on behalf of the Company.

Date: 4/2/2026

Brooke Vaughn
Sole Member and President
Please & Thank You, LLC

**Fill in this information to identify the case:**

Debtor name    Please & Thank You, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF KENTUCKY

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* _____

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June  2, 2026      **X** /s/ Brooke Vaughn
                                              Signature of individual signing on behalf of debtor

                                              Brooke Vaughn
                                              Printed name

                                              Sole Member & President
                                              Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Please & Thank You, LLC |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF KENTUCKY |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| AV RCP LP 2320 Ash Avenue Louisville, KY 40245 | Bryce bryce@accessventures.org | Money Loaned - WeFunder | | | | $200,000.00 |
| Bank of America PO Box 660441 Dallas, TX 75266-0441 | | Credit card | | | | $57,869.03 |
| Capital One Business Spark Cash Plus PO Box 60519 City of Industry, CA 91716-0519 | | Credit card | | | | $54,454.91 |
| Chase Ink PO Box 6294 Carol Stream, IL 60197-6294 | | Credit Card | | | | $53,725.39 |
| Chase Ink PO Box 6294 Carol Stream, IL 60197-6294 | | Trade Debt | | | | $44,363.46 |
| Costco Anywhere Visa Citi Card PO Box 6056 Carol Stream, IL 60197-6056 | | Credit card | | | | $39,356.37 |
| Pacers Basketball LLC P.O. Box 713646 Cincinnati, OH 45271-3646 | | Sponsership Agreements and Contractual Requirements | | | | $34,543.69 |
| Taft Stettinius & Hollister LLP One Indiana Square, Suite 3500 Indianapolis, IN 46204 | | Services | | | | $33,513.06 |

Debtor   Please & Thank You, LLC _____     Case number *(if known)* _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Capital One Business Spark Cash PO Box 60519 City of Industry, CA 91716-0519 | | Credit card | | | | $30,458.33 |
| Michelle Moore 2908 Dartmouth Avenue Louisville, KY 40205 | michellethomas0218 @gmail.com | Money Loaned - WeFunder | | | | $25,000.00 |
| Jaclyn Journey 2627 Valletta Road Louisville, KY 40205 | jaclyn@jaclynjourne y.com | Money Loaned - WeFunder | | | | $25,000.00 |
| Alexander Thomas 3721 Warner Avenue Louisville, KY 40207 | alex@clementinesca rwash.com | Money Loaned - WeFunder | | | | $25,000.00 |
| Marissa Thomas 2043 Douglass Boulevard #12 Louisville, KY 40205 | mrthomas066@gmai l.com | Money Loaned - WeFunder | | | | $25,000.00 |
| 415 Partners LLC 415 East Market Street Louisville, KY 40202 | nathan@fortlawgrou p.com | Money Loaned - WeFunder | | | | $25,000.00 |
| Monty Rice 131 Bayard Pl Madison, AL 35758 | montyrice63@yahoo .com | Money Loaned - WeFunder | | | | $25,000.00 |
| Debbie Vaughn Diedrich 19730 Cordova Street Westfield, IN 46074 | vaughndiedrich@gm ail.com | Money Loaned - WeFunder | | | | $15,100.00 |
| Chase Southwest Rapid Rewards Card Cardmember Service PO Box 6294 Carol Stream, IL 60197-6294 | | Credit card | | | | $11,925.38 |
| National Labor Relations Advocates 312 Walnut Street, Suite 1600 Cincinnati, OH 45202 | | Legal Services | | | | $11,296.42 |
| Steve Paradis 2901 N Buckeye Ln Goshen, KY 40026 | steveparadis@gmail .com | Money Loaned - WeFunder | | | | $10,500.00 |
| Melanie Tapp 1328 S Brook Street Louisville, KY 40208 | | Money Loaned - WeFunder | | | | $10,100.00 |

**Fill in this information to identify the case:**

Debtor name   Please & Thank You, LLC

United States Bankruptcy Court for the:   WESTERN DISTRICT OF KENTUCKY

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................... $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................. $ 332,461.31

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................... $ 332,461.31

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ 3,055,815.82

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ 0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$ 996,916.04

4. **Total liabilities** ...................................................................................................................................
Lines 2 + 3a + 3b

$ 4,052,731.86

**Fill in this information to identify the case:**

Debtor name      Please & Thank You, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF KENTUCKY

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property     **12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Chase Bank<br><br>Value reflects petition-date balance of $_____ less pending items of $_____. | Operating Account | 9325 | $39,182.33 |
| 3.2. | Capital One Bank | Business Money Market Account | 4437 | $528.29 |
| 3.3. | Republic Bank<br><br>Value reflects petition-date balance of $_____ less pending items of $_____. | Operating Account | 6244 | $16,241.90 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
|---|
| $55,952.52 |

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

Debtor   Please & Thank You, LLC _____     Case number *(If known)* _____
         Name

7.   **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

     7.1.   Deposits _____     $0.00

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

9.   **Total of Part 2.**     $0.00

     Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

     11a. 90 days old or less:     42,337.60   -   0.00   = ....     $42,337.60
                                   face amount     doubtful or uncollectible accounts

12.  **Total of Part 3.**     $42,337.60

     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** Bakery Ingredients | April 2026 | Unknown | Liquidation | $1,321.94 |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** Inventory - Merchandise List for 4 Locations (See Exhibit D) | | $0.00 | Liquidation | $4,210.21 |

Debtor    Please & Thank You, LLC _____      Case number *(If known)* _____
                    Name

April 2026 Inventory:
Bakery Items and Paper
Goods/Disposables - at
the 4 locations

(See Exhibit F)          2019                $0.00      Liquidation                 $11,364.04

---

23.   **Total of Part 5.**                                                    | $16,896.19 |

Add lines 19 through 22.  Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
      ☐ No
      ■ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
      ■ No
      ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** misc cabinetry DUNCAN $20.00 packaging supplies DUNCAN $30.00 misc cabinetry MARK $20.00 misc cabinetry DUNCAN $20.00 misc cabinetry RIVER $20.00 misc cabinetry INDY $20.00 misc cabinetry FRANK $20.00 | $0.00 | Liquidation | $130.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** See Exibit A | $0.00 | Liquidation | $1,020.00 |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
      books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
      collections; other collections, memorabilia, or collectibles

| Debtor | Please & Thank You, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

$1,150.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.
   ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. 2016 Ford Transit Van - Secured by SBA<br>1FMZK1YM4GKb1407 | $0.00 | | $12,500.00 |
| 47.2. 2019 Ford Ranger Truck<br>1FTER4FH7KLA34499 | $0.00 | | $16,500.00 |
| 47.3. 2023 BMW X7<br>5UX23EM03P9N68108 | $0.00 | | $50,000.00 |
| 47.4. 2022 Airstream Trailer -<br>1SCSMAC11NJ035382 | $0.00 | Liquidation | $40,000.00 |
| 47.5. 2024 Airstream Trailer -<br>1SCSMACC15RJ035732 | $0.00 | Liquidation | $49,000.00 |
| 47.6. 2022 Isuzu 16' Penske Refrigerated Truck -<br>(Lease - zero value)<br><br>VIN: JALE5W162N7901820 | $0.00 | | $0.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

| See Exhibit B | Unknown | Liquidation | $45,190.00 |
|---|---|---|---|

Debtor   Please & Thank You, LLC                              Case number (If known) _____
_____
         Name

51.   **Total of Part 8.**                                                              | $213,190.00 |

      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

Part 9:        **Real property**

54. **Does the debtor own or lease any real property?**

      ☐ No.  Go to Part 10.

      ■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  9561 US Highway 42, Suite B Prospect, KY 40059 | Lease | Unknown | | Unknown |
| 55.2.  800 E. Market Street Louisville, KY 40206 | Lease | Unknown | | Unknown |
| 55.3.  2341 Frankfort Ave. Louisvlle, KY | Lease | Unknown | | Unknown |
| 55.4.  231 North 17th St Louisville KY 40203 | Lease | Unknown | | Unknown |
| 55.5.  2908 East 6th Avenue, Denver, CO 80206 | Lease | Unknown | | Unknown |
| 55.6.  849 Massachusetts Avenue, Indianapolis, IN 46204 | Lease | Unknown | | Unknown |

56.   **Total of Part 9.**                                                              | $0.00 |

      Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
      Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**

Debtor    Please & Thank You, LLC _____    Case number *(If known)* _____
          Name

■ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60. **Patents, copyrights, trademarks, and trade secrets** Certification of Registration for the following Trademarks: "Stadium Cookies" "Please & Thank You" "Dough Box" "BIY" | Unknown | | Unknown |
| Please & Thank You, LLC owns all cookie recipe trade secrets | Unknown | | Unknown |
| 61. **Internet domain names and websites** https://wearepleaseandthankyou.com | $0.00 | Replacement | Unknown |
| 62. **Licenses, franchises, and royalties** U.S. Food and Drug Administration Food Facility Registration ##8184 for food facility at 231 N 17th Street in Louisville, KY 40203, Expires 12/31/2026 | $0.00 | | $0.00 |
| 63. **Customer lists, mailing lists, or other compilations** Customer Mailing list through mail chimp | Unknown | | Unknown |
| 64. **Other intangibles, or intellectual property** Please & Thank You, LLC Social Media Accounts | Unknown | | Unknown |
| 65. **Goodwill** Goodwill | Unknown | | Unknown |

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.

| $0.00 |
| --- |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No

Debtor    Please & Thank You, LLC _____        Case number *(If known)* _____
                Name

☐ Yes

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) |  |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) |  |
| 73. **Interests in insurance policies or annuities** |  |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** |  |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |  |
| 76. **Trusts, equitable or future interests in property** |  |
| 77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>Misc. Restaurant items: seating, tables, cabinets, Indy Fever season tickets, etc. See Exhibit C | $2,935.00 |

78.     **Total of Part 11.**                                                                                    $2,935.00

        Add lines 71 through 77. Copy the total to line 90.

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor    Please & Thank You, LLC _____     Case number *(If known)* _____
         Name

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $55,952.52 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $42,337.60 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $16,896.19 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,150.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $213,190.00 | |
| 88. **Real property.** *Copy line 56, Part 9.........................................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $2,935.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $332,461.31 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $332,461.31 |

**EXHIBIT A**

| OFFICE EQUIPMENT | LOCATION | VALUE | OWED/LIENS |
|---|---|---|---|
| macbook air | FRANK | $75.00 | SBA all assets lien |
| macbook air | MARK | $75.00 | SBA all assets lien |
| macbook air | DUNCAN | $75.00 | SBA all assets lien |
| macbook air | RIVER | $75.00 | SBA all assets lien |
| macbook air | INDY | $75.00 | SBA all assets lien |
| iphone | FRANK | $40.00 | SBA all assets lien |
| iphone | MARK | $40.00 | SBA all assets lien |
| iphone | DUNCAN | $40.00 | SBA all assets lien |
| iphone | RIVER | $40.00 | SBA all assets lien |
| iphone | INDY | $40.00 | SBA all assets lien |
| iphone | ADMIN 1 | $40.00 | SBA all assets lien |
| iphone | ADMIN 2 | $40.00 | SBA all assets lien |
| ipad | FRANK | $30.00 | SBA all assets lien |
| ipad | MARK | $30.00 | SBA all assets lien |
| ipad | DUNCAN | $30.00 | SBA all assets lien |
| ipad | RIVER | $30.00 | SBA all assets lien |
| ipad | INDY | $30.00 | SBA all assets lien |
| ipad | AIRSTREAM | $30.00 | SBA all assets lien |
| ipad | AIRSTREAM | $30.00 | SBA all assets lien |
| B&W printer | FRANK | $5.00 | SBA all assets lien |
| B&W printer | MARK | $5.00 | SBA all assets lien |
| B&W printer | DUNCAN | $5.00 | SBA all assets lien |
| B&W printer | RIVER | $5.00 | SBA all assets lien |
| B&W printer | INDY | $5.00 | SBA all assets lien |
| misc cabinetry | FRANK | $20.00 | SBA all assets lien |
| misc cabinetry | MARK | $20.00 | SBA all assets lien |
| misc cabinetry | RIVER | $20.00 | SBA all assets lien |
| misc cabinetry | INDY | $20.00 | SBA all assets lien |
| misc cabinetry | DUNCAN | $20.00 | SBA all assets lien |
| packaging supplies | DUNCAN | $30.00 | SBA all assets lien |

**TOTAL**                    **$1,020.00**

**EXHIBIT F**

|  |  |  |
|---|---|---|
|  | STICKERS |  |
| Mark | Bumper Stickers | 283 |
| Mark | Happy Stickers | 69 |
| Mark | Squeeze & Spank You Sticker Sheets | **10** |
| Mark | Logo Stickers | **0** |
|  |  |  |
|  | MUGS/GLASSWARE |  |
| Mark | Polka Dot Glass Mugs | **4** |
| Mark | Black Pinstripe Glass Mugs | **7** |
| Mark | Logo Diner Mug | **19** |
| Mark | Skyline Mug | 1 |
| Mark | Miir Mug White | **0** |
| Mark | Horse Tumbler | **0** |
| Mark | Car Tumbler | **0** |
| Mark | 9oz Diner Mug - Logo | **0** |
| Mark | Smile Mug | 4 |
|  |  |  |
|  | LIGHTERS |  |
| Mark | P&TY Lighters White | **0** |
| Mark | Squeeze & Spank You Lighters | **0** |
| Mark | P&TY Lighters Black | 31 |
| Mark | Louisville Lighters | **0** |
| Mark | Kentucky Lighters | **0** |
| Mark | Heart Lighters | **7** |
|  |  |  |

**EXHIBIT F**

| | SWEATSHIRTS/TEES | |
|---|---|---|
| Mark | Black Please Shirt XS | 1 |
| Mark | Black Please Shirt S | 4 |
| Mark | Black Please Shirt M | 0 |
| Mark | Black Please Shirt L | 0 |
| Mark | Black Please Shirt XL | 1 |
| Mark | Black Please Shirt 2XL | 3 |
| Mark | Black Coffee Pot Hoodie S | 0 |
| Mark | Black Coffee Pot Hoodie M | 0 |
| Mark | Black Coffee Pot Hoodie L | 0 |
| Mark | Black Coffee Pot Hoodie XL | 0 |
| Mark | Black Coffee Pot Hoodie 2XL | 2 |
| Mark | Black Onesie 6-12 | 0 |
| Mark | Black Onesie 12-18 | 1 |
| Mark | Black Onesie 18-24 | 1 |
| Mark | Black Shirt 2T | 2 |
| Mark | Black Shirt 4T | 2 |
| Mark | Black Shirt YS | 1 |
| Mark | FOOTBALL JERSEY S | 0 |
| Mark | FOOTBALL JERSEY M | 1 |
| Mark | FOOTBALL JERSEY L | 3 |
| Mark | FOOTBALL JERSEY XL | 1 |
| Mark | Baby Blue V-Neck Jersey S | 0 |
| Mark | Baby Blue V-Neck Jersey M | 0 |
| Mark | Baby Blue V-Neck Jersey L | 1 |
| Mark | Baby Blue V-Neck Jersey XL | 1 |

**EXHIBIT F**

| Mark | Royal Blue V-Neck Jersey S | **0** |
|------|----------------------------|-------|
| Mark | Royal Blue V-Neck Jersey M | **0** |
| Mark | Royal Blue V-Neck Jersey L | **0** |
| Mark | Royal Blue V-Neck Jersey XL | 2 |
| Mark | Green V-Neck Jersey S | **0** |
| Mark | Green V-Neck Jersey M | **0** |
| Mark | Green V-Neck Jersey L | **0** |
| Mark | Green V-Neck Jersey XL | **0** |
| Mark | Pink V-Neck Jersey S | **0** |
| Mark | Pink V-Neck Jersey M | **0** |
| Mark | Pink V-Neck Jersey L | **2** |
| Mark | Pink V-Neck Jersey XL | **1** |
| Mark | Red Sweatshirt S | **3** |
| Mark | Red Sweatshirt M | 1 |
| Mark | Red Sweatshirt L | **1** |
| Mark | Red Sweatshirt XL | 1 |
| Mark | Horse Shirt S | 2 |
| Mark | Horse Shirt M | 1 |
| Mark | Horse Shirt L | 2 |
| Mark | Horse Shirt XL | 0 |
| Mark | Denim Jacket | 2 |
|  |  |  |
|  | MISC |  |
| Mark | Lunch Box | **0** |
| Mark | Cookie Tin | 8 |
| Mark | Mini Dough Tubes | **0** |

**EXHIBIT F**

| Mark | Empty GF Tube | 300 |
|---|---|---|
| Mark | Empty OF Tube | 120 |
| Mark | Keychain- Smiley | **0** |
| Mark | Keychain Black PTY | **0** |
| Mark | Derby Hat | **5** |
| Mark | Please Hat | **0** |
| Mark | P&TY Tote | **0** |
| Mark | Tennis Balls | 8 |
| Mark | Dripos Gift Cards | 39 |
| Mark | Black Gift Card Sleeves | **0** |
| Mark | Ash Trays | **0** |
| Mark | P&TY Ornament | **0** |
| Mark | P&TY Socks | **0** |
| | | **NON FOOD TOTAL** |
| ███████████ | | |

| | | |
|---|---|---|
| ███████████████ | | |
| | COFFEE | |
| Mark | P&TY Blend 5lb | 14 |
| Mark | P&TY Blend | 6 |
| Mark | Fast Track 5lb Espresso | 15 |
| Mark | Fast Track Espresso | 10 |
| | | |
| | BEVERAGE/DAIRY/SYRUPS | |
| Mark | Almond Milk | 23 |

**EXHIBIT F**

| | | |
|---|---|---|
| Mark | Oat Milk | 53 |
| Mark | Skim | 2 |
| Mark | Whole Milk | 17 |
| Mark | Half & Half | 9 |
| Mark | Whipped Cream | 3 |
| Mark | 2 Go Creamer | **0** |
| Mark | Chai | 31 |
| Mark | Apple Cider (seasonal) | **0** |
| Mark | Mexican Coke | 59 |
| Mark | Topo Chico | **0** |
| Mark | Cold Brew Concentrate | 2 |
| Mark | P&TY Still Water | 30 |
| Mark | Lemon Juice | 10 |
| Mark | Cane Syrup | 3 |
| Mark | Vanilla Cane Syrup | 1 |
| Mark | Ganache | 3 |
| Mark | Butterscotch | 4 |
| Mark | Walter White | 4 |
| Mark | Caramel | 2.5 |
| | | |
| | | |
| | GARNISH | |
| Mark | Lemons | 3 |
| Mark | Mint | 0.5 |
| Mark | Rosemary | 0.25 |
| Mark | Marshmallows | 1 |

**EXHIBIT F**

|  |  |  |
|---|---|---|
|  | DRY GOODS |  |
| Mark | Sugar 25 lbs | 1.5 |
| Mark | Maple Syrup | 2 |
| Mark | Vanilla Extract | 2 |
| Mark | Cinnamon | 1 |
| Mark | Honey | 1.5 |
| Mark | Sweet Condensed Milk* | 24 |
| Mark | Mexi Mix | 1 |
| Mark | Pumpkin Spice | 1 |
| Mark | White Sugar Packets | 1 |
| Mark | Splenda | **0.5** |
| Mark | Sugar In The Raw | **1** |
| Mark | Stevia | **1** |
|  |  |  |
|  | TEA |  |
| Mark | Black Lipton Tea | 1 |
| Mark | Green Lipton Tea | **0** |
| Mark | Dr. Grey (Mademoiselle) | 1 |
| Mark | Friday Afternoon (Buccaneer) | 2 |
| Mark | Lemon Ginseng | 2 |
| Mark | Light Green Leaves (Fiji) | 1 |
| Mark | Matcha | 1 |
| Mark | Peppermint | 1 |
| Mark | Violet Violet (Berry Blueberry) | 3 |
| Mark | China Girl | 2 |

**EXHIBIT F**

| | | |
|---|---|---|
| | TREATS | |
| Mark | Oatmeal Cream Pie | 73 |
| Mark | Peanut Butter Cream Pie | 55 |
| Mark | Cookies & Cream Pie | 25 |
| Mark | Lemon Loaf | 11 |
| Mark | Zucchini Loaf | 12 |
| Mark | Brownies | 36 |
| Mark | Gluten Free Brownies | 9 |
| Mark | Derby Bar | 23 |
| Mark | Rice Krispie Treat | 14 |
| Mark | Sugar Cookie | 17 |
| Mark | Crunch Sugar Cookie | 11 |
| Mark | Punched Cookie Dough | 1344 |
| Mark | Gluten Free Punched Cookie Dough | 96 |
| Mark | Cookie Cake | 4 |
| Mark | Macaroons | **0** |
| Mark | Pecan Tea Cookie | **72** |
| Mark | Pecan Tea Cookie BAG | **3** |
| | | |
| | PANTRY ITEMS | |
| Mark | B.I.Y Waffle Mix | 15 |
| Mark | B.I.Y Derby Mix | 13 |
| Mark | B.I.Y Cookie Mix | 20 |
| Mark | B.I.Y Brownie Mix | 14 |
| Mark | GLUTEN FREE COOKIE DOUGH TUBE | 19 |

**EXHIBIT F**

| Mark | OUR FAMOUS COOKIE DOUGH TUBE | 12 |
| --- | --- | --- |
| | | **FOOD TOTAL** |

| | STICKERS | |
| --- | --- | --- |
| Frank | Bumper Stickers | 510 |
| Frank | Happy Stickers | 15 |
| Frank | Squeeze & Spank You Sticker Sheets | **0** |
| Frank | Logo Stickers | **90** |
| | | |
| | MUGS/GLASSWARE | |
| Frank | Polka Dot Glass Mugs | **3** |
| Frank | Black Pinstripe Glass Mugs | **8** |
| Frank | Logo Diner Mug | **36** |
| Frank | Skyline Mug | **0** |
| Frank | Miir Mug White | **0** |
| Frank | Horse Tumbler | **0** |
| Frank | Car Tumbler | **0** |
| Frank | 9oz Diner Mug - Logo | **0** |
| Frank | Smile Mug | 2 |
| | LIGHTERS | |
| Frank | P&TY Lighters White | 4 |
| Frank | Squeeze & Spank You Lighters | **0** |
| Frank | P&TY Lighters Black | 36 |
| Frank | Louisville Lighters | **0** |
| Frank | Kentucky Lighters | **0** |

**EXHIBIT F**

| Frank | Heart Lighters | 37 |
|---|---|---|
| | SWEATSHIRTS/TEES | |
| Frank | Black Please Shirt XS | 2 |
| Frank | Black Please Shirt S | 4 |
| Frank | Black Please Shirt M | 0 |
| Frank | Black Please Shirt L | 0 |
| Frank | Black Please Shirt XL | 1 |
| Frank | Black Please Shirt 2XL | 0 |
| Frank | Black Coffee Pot Hoodie S | 0 |
| Frank | Black Coffee Pot Hoodie M | 0 |
| Frank | Black Coffee Pot Hoodie L | 0 |
| Frank | Black Coffee Pot Hoodie XL | 1 |
| Frank | Black Coffee Pot Hoodie 2XL | 0 |
| Frank | Black Onesie 6-12 | 0 |
| Frank | Black Onesie 12-18 | 1 |
| Frank | Black Onesie 18-24 | 1 |
| Frank | Black Shirt 2T | 0 |
| Frank | Black Shirt 4T | 0 |
| Frank | Black Shirt YS | 0 |
| Frank | FOOTBALL JERSEY S | 1 |
| Frank | FOOTBALL JERSEY M | 0 |
| Frank | FOOTBALL JERSEY L | 0 |
| Frank | FOOTBALL JERSEY XL | 0 |
| Frank | Baby Blue V-Neck Jersey S | 0 |
| Frank | Baby Blue V-Neck Jersey M | 0 |
| Frank | Baby Blue V-Neck Jersey L | 0 |
| Frank | Baby Blue V-Neck Jersey XL | 0 |
| Frank | Royal Blue V-Neck Jersey S | 0 |
| Frank | Royal Blue V-Neck Jersey M | 0 |

**EXHIBIT F**

| | | |
|---|---|---|
| Frank | Royal Blue V-Neck Jersey L | **0** |
| Frank | Royal Blue V-Neck Jersey XL | **0** |
| Frank | Green V-Neck Jersey S | **0** |
| Frank | Green V-Neck Jersey M | **0** |
| Frank | Green V-Neck Jersey L | **0** |
| Frank | Green V-Neck Jersey XL | **0** |
| Frank | Pink V-Neck Jersey S | 1 |
| Frank | Pink V-Neck Jersey M | 1 |
| Frank | Pink V-Neck Jersey L | **0** |
| Frank | Pink V-Neck Jersey XL | 1 |
| Frank | Red Sweatshirt S | 2 |
| Frank | Red Sweatshirt M | **0** |
| Frank | Red Sweatshirt L | 1 |
| Frank | Red Sweatshirt XL | **0** |
| Frank | Horse Shirt S | 2 |
| Frank | Horse Shirt M | 0 |
| Frank | Horse Shirt L | 3 |
| Frank | Horse Shirt XL | 3 |
| Frank | Denim Jacket | **0** |
| | | |
| | MISC | |
| Frank | Lunch Box | **0** |
| Frank | Cookie Tin | **0** |
| Frank | Mini Dough Tubes | **0** |
| Frank | Empty GF Tube | 84 |
| Frank | Empty OF Tube | 85 |
| Frank | Keychain- Smiley | **0** |
| Frank | Keychain Black PTY | 17 |
| Frank | Derby Hat | **16** |
| Frank | Please Hat | **0** |
| Frank | P&TY Tote | **0** |
| Frank | Tennis Balls | 4 |
| Frank | Dripos Gift Cards | 55 |
| Frank | Black Gift Card Sleeves | 2 |
| Frank | Ash Trays | **0** |

## EXHIBIT F

| | | |
|---|---|---|
| Frank | P&TY Ornament | **0** |
| Frank | P&TY Socks | **1** |
| | | **NON FOOD TOTAL** |
| | | |

| | | |
|---|---|---|
| | COFFEE | |
| Frank | P&TY Blend 5lb | 7 |
| Frank | P&TY Blend | 8 |
| Frank | Fast Track 5lb Espresso | 7 |
| Frank | Fast Track Espresso | 11 |
| | | |
| | BEVERAGE/DAIRY/SYRUPS | |
| Frank | Almond Milk | 18 |
| Frank | Oat Milk | 29 |
| Frank | Skim | 3 |
| Frank | Whole Milk | 19 |
| Frank | Half & Half | 5 |
| Frank | Whipped Cream | 3 |
| Frank | 2 Go Creamer | **0** |
| Frank | Chai | 12 |
| Frank | Apple Cider (seasonal) | **0** |
| Frank | Mexican Coke | 18 |
| Frank | Topo Chico | 7 |
| Frank | Cold Brew Concentrate | 4 |
| Frank | P&TY Still Water | 29 |
| Frank | Lemon Juice | 5 |
| Frank | Cane Syrup* | 2 |
| Frank | Vanilla Cane Syrup * | 1 |
| Frank | Ganache | 1 |
| Frank | Butterscotch | 2 |
| Frank | Walter White | 2 |
| Frank | Caramel | 1 |
| | | |
| | | |
| | GARNISH | |
| Frank | Lemons | 4 |
| Frank | Mint | 0.5 |
| Frank | Rosemary | 0.5 |
| Frank | Marshmallows * | 1 |
| | | |
| | DRY GOODS | |
| Frank | Sugar 25 lbs | 0.5 |
| Frank | Maple Syrup | 2 |
| Frank | Vanilla Extract | 1 |

**EXHIBIT F**

| Frank | Cinnamon | 1 |
|---|---|---|
| Frank | Honey | 1 |
| Frank | Sweet Condensed Milk* | 15 |
| Frank | Mexi Mix | 1 |
| Frank | Pumpkin Spice | 1 |
| Frank | White Sugar Pack* | 0.25 |
| Frank | Splenda | **0.25** |
| Frank | Sugar In The Raw | **1** |
| Frank | Stevia | **0.5** |
| | | |
| | TEA | |
| Frank | Black Lipton Tea | 1 |
| Frank | Green Lipton Tea | **0** |
| Frank | Dr. Grey (Mademoiselle) | 1 |
| Frank | Friday Afternoon (Buccaneer) | 1 |
| Frank | Lemon Ginseng | 1 |
| Frank | Light Green Leaves (Fiji) | 1 |
| Frank | Matcha | 0.25 |
| Frank | Peppermint | 1 |
| Frank | Violet Violet (Berry Blueberry) | 1 |
| Frank | China Girl | 1 |
| | TREATS | |
| Frank | Oatmeal Cream Pie | 13 |
| Frank | Peanut Butter Cream Pie | 4 |
| Frank | Cookies & Cream Pie | 6 |
| Frank | Lemon Loaf | 6 |
| Frank | Zucchini Loaf | 3 |
| Frank | Brownies | 15 |
| Frank | Gluten Free Brownies | 7 |
| Frank | Derby Bar | 17 |
| Frank | Rice Krispie Treat | 4 |
| Frank | Sugar Cookie | 11 |
| Frank | Crunch Sugar Cookie | 10 |
| Frank | Punched Cookie Dough | 588 |
| Frank | Gluten Free Punched Cookie Dough | 24 |
| Frank | Cookie Cake | 1 |
| Frank | Macaroons | **0** |
| Frank | Pecan Tea Cookie | **0** |
| Frank | Pecan Tea Cookie BAG | **2** |
| | | |
| | PANTRY ITEMS | |
| Frank | B.I.Y Waffle Mix | 11 |
| Frank | B.I.Y Derby Mix | 10 |
| Frank | B.I.Y Cookie Mix | 11 |

**EXHIBIT F**

| | | |
|---|---|---|
| Frank | B.I.Y Brownie Mix | 12 |
| Frank | GLUTEN FREE COOKIE DOUGH TUBE | 1 |
| Frank | OUR FAMOUS COOKIE DOUGH TUBE | 2 |
| | | **FOOD TOTAL** |

| | | |
|---|---|---|
| | STICKERS | |
| River | Bumper Stickers | 587 |
| River | Happy Stickers | 257 |
| River | Squeeze & Spank You Sticker Sheets | **170** |
| River | Logo Stickers | **0** |
| | | |
| | MUGS/GLASSWARE | |
| River | Polka Dot Glass Mugs | **8** |
| River | Black Pinstripe Glass Mugs | **4** |
| River | Logo Diner Mug | **16** |
| River | Skyline Mug | **0** |
| River | Miir Mug White | 3 |
| River | Horse Tumbler | **0** |

**EXHIBIT F**

| | | |
|---|---|:---:|
| River | Car Tumbler | **0** |
| River | 9oz Diner Mug - Logo | 6 |
| River | Smile Mug | 12 |
| | | |
| | LIGHTERS | |
| River | P&TY Lighters White | 1 |
| River | Squeeze & Spank You Lighters | **0** |
| River | P&TY Lighters Black | 11 |
| River | Louisville Lighters | **0** |
| River | Kentucky Lighters | **0** |
| River | Heart Lighters | **67** |
| | | |
| | SWEATSHIRTS/TEES | |
| River | Black Please Shirt XS | **1** |
| River | Black Please Shirt S | **10** |
| River | Black Please Shirt M | **0** |
| River | Black Please Shirt L | 1 |
| River | Black Please Shirt XL | **0** |
| River | Black Please Shirt 2XL | **0** |
| River | Black Coffee Pot Hoodie S | **0** |
| River | Black Coffee Pot Hoodie M | **0** |
| River | Black Coffee Pot Hoodie L | **0** |
| River | Black Coffee Pot Hoodie XL | **0** |
| River | Black Coffee Pot Hoodie 2XL | **0** |
| River | Black Onesie 6-12 | **0** |
| River | Black Onesie 12-18 | **0** |

**EXHIBIT F**

| River | Black Onesie 18-24 | 1 |
|---|---|---|
| River | Black Shirt 2T | 0 |
| River | Black Shirt 4T | 0 |
| River | Black Shirt YS | 0 |
| River | FOOTBALL JERSEY S | 0 |
| River | FOOTBALL JERSEY M | 0 |
| River | FOOTBALL JERSEY L | 0 |
| River | FOOTBALL JERSEY XL | 0 |
| River | Baby Blue V-Neck Jersey S | 0 |
| River | Baby Blue V-Neck Jersey M | 0 |
| River | Baby Blue V-Neck Jersey L | 0 |
| River | Baby Blue V-Neck Jersey XL | 1 |
| River | Royal Blue V-Neck Jersey S | 1 |
| River | Royal Blue V-Neck Jersey M | 0 |
| River | Royal Blue V-Neck Jersey L | 0 |
| River | Royal Blue V-Neck Jersey XL | 1 |
| River | Green V-Neck Jersey S | 0 |
| River | Green V-Neck Jersey M | 1 |
| River | Green V-Neck Jersey L | 1 |
| River | Green V-Neck Jersey XL | 1 |
| River | Pink V-Neck Jersey S | 1 |
| River | Pink V-Neck Jersey M | 1 |
| River | Pink V-Neck Jersey L | 1 |
| River | Pink V-Neck Jersey XL | 0 |
| River | Red Sweatshirt S | 0 |
| River | Red Sweatshirt M | 0 |

**EXHIBIT F**

| | | |
|---|---|---|
| River | Red Sweatshirt L | **0** |
| River | Red Sweatshirt XL | **0** |
| River | Horse Shirt S | 2 |
| River | Horse Shirt M | 1 |
| River | Horse Shirt L | **0** |
| River | Horse Shirt XL | 2 |
| River | Denim Jacket | **0** |
| | | |
| | MISC | |
| River | Lunch Box | **0** |
| River | Cookie Tin | **0** |
| River | Mini Dough Tubes | **0** |
| River | Empty GF Tube | **0** |
| River | Empty OF Tube | **0** |
| River | Keychain- Smiley | **0** |
| River | Keychain Black PTY | 9 |
| River | Derby Hat | **4** |
| River | Please Hat | **1** |
| River | P&TY Tote | **0** |
| River | Tennis Balls | 21 |
| River | Dripos Gift Cards | 20 |
| River | Black Gift Card Sleeves | 8 |
| River | Ash Trays | **1** |
| River | P&TY Ornament | **0** |
| River | P&TY Socks | **0** |
| | | **NON FOOD TOTAL** |

**EXHIBIT F**

|  | ████████████ |  |
|---|---|---|

| ████████████████████████████ | | |
|---|---|---|
|  | COFFEE |  |
| River | P&TY Blend 5lb | 9 |
| River | P&TY Blend | 9 |
| River | Fast Track 5lb Espresso | 7 |
| River | Fast Track Espresso | 17 |
|  |  |  |
|  | BEVERAGE/DAIRY/SYRUPS |  |
| River | Almond Milk | 19 |
| River | Oat Milk | 13 |
| River | Skim | 2 |
| River | Whole Milk | 11 |
| River | Half & Half | 2 |
| River | Whipped Cream | 2.5 |
| River | 2 Go Creamer | **0** |
| River | Chai | 21 |
| River | Apple Cider (seasonal) | **0** |
| River | Mexican Coke | 8 |
| River | Topo Chico | **0** |
| River | Cold Brew Concentrate | 2 |
| River | P&TY Still Water | 21 |
| River | Lemon Juice | 6 |
| River | Cane Syrup* | 1 |
| River | Vanilla Cane Syrup * | 1 |

**EXHIBIT F**

| | | |
|---|---|---|
| River | Ganache | 2 |
| River | Butterscotch | 1 |
| River | Walter White | 2 |
| River | Caramel | 3 |
| | | |
| | | |
| | GARNISH | |
| River | Lemons | 4 |
| River | Mint | 0.5 |
| River | Rosemary | 1 |
| River | Marshmallows * | 0.5 |
| | | |
| | DRY GOODS | |
| River | Sugar 25 lbs | **0** |
| River | Maple Syrup | 0.5 |
| River | Vanilla Extract | **0** |
| River | Cinnamon | **0** |
| River | Honey | **0** |
| River | Sweet Condensed Milk* | **0** |
| River | Mexi Mix | 1 |
| River | Pumpkin Spice | 1 |
| River | White Sugar Pack* | **0** |
| River | Splenda | **0** |
| River | Sugar In The Raw | **0** |
| River | Stevia | **0** |
| | | |

## EXHIBIT F

|  | TEA |  |
|---|---|---|
| River | Black Lipton Tea | **0** |
| River | Green Lipton Tea | **0** |
| River | Dr. Grey (Mademoiselle) | 1 |
| River | Friday Afternoon (Buccaneer) | 1 |
| River | Lemon Ginseng | 1 |
| River | Light Green Leaves (Fiji) | 1 |
| River | Matcha | 1 |
| River | Peppermint | 1 |
| River | Violet Violet (Berry Blueberry) | 1 |
| River | China Girl | 1 |

|  | TREATS |  |
|---|---|---|
| River | Oatmeal Cream Pie | 2 |
| River | Peanut Butter Cream Pie | 5 |
| River | Cookies & Cream Pie | **0** |
| River | Lemon Loaf | 3 |
| River | Zucchini Loaf | 7 |
| River | Brownies | 9 |
| River | Gluten Free Brownies | **0** |
| River | Derby Bar | 3 |
| River | Rice Krispie Treat | 2 |
| River | Sugar Cookie | **0** |
| River | Crunch Sugar Cookie | 2 |
| River | Punched Cookie Dough | 288 |
| River | Gluten Free Punched Cookie Dough | 36 |

**EXHIBIT F**

| | | |
|---|---|---|
| River | Cookie Cake | **0** |
| River | Macaroons | **0** |
| River | Pecan Tea Cookie | **0** |
| River | Pecan Tea Cookie BAG | **0** |
| River | | |
| River | PANTRY ITEMS | |
| River | B.I.Y Waffle Mix | 9 |
| River | B.I.Y Derby Mix | 3 |
| River | B.I.Y Cookie Mix | 8 |
| River | B.I.Y Brownie Mix | 7 |
| River | GLUTEN FREE COOKIE DOUGH TUBE | 3 |
| River | OUR FAMOUS COOKIE DOUGH TUBE | 9 |
| | | **FOOD TOTAL** |

| | | | |
|---|---|---|---|
| | | STICKERS | |
| Indy | | Bumper Stickers | 295 |
| Indy | | Happy Stickers | 214 |
| Indy | | Logo Stickers | |
| | | | |
| | | MUGS/GLASSWARE | |
| Indy | | Polka Dot Glass Mugs | **6** |

**EXHIBIT F**

| | | | |
|---|---|---|---|
| Indy | | Black Pinstripe Glass Mugs | **6** |
| Indy | | Logo Diner Mug | **5** |
| Indy | | Indy Skyline Mug | 4 |
| Indy | | Car Tumbler | 6 |
| Indy | | 9oz Diner Mug - Logo | 3 |
| Indy | | Smile Mug | 7 |
| Indy | | Miir Mug White | 1 |
| | | | |
| | | MISC | |
| Indy | | P&TY Lighters White | |
| Indy | | P&TY Lighters Black | 39 |
| Indy | | Indiana Lighters | 55 |
| Indy | | Heart Lighters | 16 |
| Indy | | Empty GF Tube | 63 |
| Indy | | Empty OF Tube | 34 |
| | | Empty GF Tube | 42 |
| | | Empty OF Tube | 28 |
| Indy | | Dripos Gift Cards | 32 |
| Indy | | Black Gift Card Sleeves | |
| Indy | | Tennis Balls | 8 |
| Indy | | Ash Trays | **4** |
| Indy | | Keychain- Smiley | |
| Indy | | Keychain Black PTY | 17 |
| | | | |
| | | SHIRTS | |
| Indy | | Black Please Shirt XS | **1** |

**EXHIBIT F**

| Indy | | Black Please Shirt S | 2 |
|---|---|---|---|
| Indy | | Black Please Shirt M | 0 |
| Indy | | Black Please Shirt L | 0 |
| Indy | | Black Please Shirt XL | 0 |
| Indy | | Black Please Shirt 2XL | 0 |
| Indy | | Black Coffee Pot Hoodie S | 2 |
| Indy | | Black Coffee Pot Hoodie M | 0 |
| Indy | | Black Coffee Pot Hoodie L | 0 |
| Indy | | Black Coffee Pot Hoodie XL | 0 |
| Indy | | Black Coffee Pot Hoodie 2XL | 0 |
| Indy | | Black Onesie 6-12 | |
| Indy | | Black Onesie 12-18 | |
| Indy | | Black Onesie 18-24 | 2 |
| Indy | | Black Shirt 2T | 2 |
| Indy | | Black Shirt 4T | |
| Indy | | Black Shirt YS | 1 |
| Indy | | FOOTBALL JERSEY S | 0 |
| Indy | | FOOTBALL JERSEY M | 1 |
| Indy | | FOOTBALL JERSEY L | |
| Indy | | FOOTBALL JERSEY XL | |
| Indy | | Baby Blue V-Neck Jersey S | |
| Indy | | Baby Blue V-Neck Jersey M | |
| Indy | | Baby Blue V-Neck Jersey L | |
| Indy | | Baby Blue V-Neck Jersey XL | |
| Indy | | Red Sweatshirt S | |
| Indy | | Red Sweatshirt M | 1 |

**EXHIBIT F**

| | | | |
|---|---|---|---|
| Indy | | Red Sweatshirt L | |
| Indy | | Red Sweatshirt XL | |
| | | | **NON FOOD TOTAL** |
| ▓▓▓▓▓ | | ▓▓▓▓▓ | |

| | | | |
|---|---|---|---|
| ▓▓▓▓▓ | | ▓▓▓▓▓ | |
| | | COFFEE | |
| Indy | | P&TY Blend 5lb | 6 |
| Indy | | P&TY Blend | 6 |
| Indy | | Fast Track 5lb Espresso | 7 |
| Indy | | Fast Track Espresso | 1 |
| | | | |
| | | BEVERAGE/DAIRY/SYRUPS | |
| Indy | | Almond Milk | 3.5 |
| Indy | | Half & Half | 1.5 |
| Indy | | Oat Milk | 3 |
| Indy | | Skim | 1.5 |
| Indy | | Whipped Cream | 2 |
| Indy | | Cold Brew Concentrate | 0.5 |
| Indy | | Chai | 3 |
| Indy | | Whole Milk | 3.5 |
| Indy | | Apple Cider (seasonal) | |
| Indy | | Lemon Juice | 0.5 |
| Indy | | Mexican Coke | 18 |
| Indy | | Topo Chico | 16 |
| Indy | | Cane Syrup* | 2 |

**EXHIBIT F**

| Indy | | Vanilla Cane Syrup * | 2 |
|---|---|---|---|
| Indy | | Ganache | 6 |
| Indy | | Butterscotch | 7 |
| Indy | | Walter White | |
| Indy | | Heavy Cream | **1** |
| | | | |
| | | DRY GOODS | |
| Indy | | Sugar 25 lbs | 1 |
| Indy | | Cinnamon | 1 |
| Indy | | Honey | 0.25 |
| Indy | | Sweet Condensed Milk* | 3 |
| Indy | | Maple Syrup | 1 |
| Indy | | Vanilla Extract | 3.5 |
| Indy | | Caramel | 2 |
| Indy | | P&TY Still Water | 21 |
| Indy | | Mexi Mix | 1 |
| Indy | | Pumpkin Spice | 2 |
| Indy | | Rainbow Nonpareils Sprinkles | **1** |
| Indy | | Sugar 50 lbs | **0.5** |
| Indy | | Powdered Sugar | **2.8** |
| | | | |
| | | TEAS | |
| Indy | | Black Lipton Tea | 1.5 |
| Indy | | Green Lipton Tea | **0** |
| Indy | | Dr. Grey (Mademoiselle) | 1 |
| Indy | | Friday Afternoon (Buccaneer) | 1 |

**EXHIBIT F**

| | | | |
|---|---|---|---|
| Indy | | Lemon Ginseng | 1 |
| Indy | | Light Green Leaves (Fiji) | 1 |
| Indy | | Matcha | 1.5 |
| Indy | | Peppermint | 1 |
| Indy | | Violet Violet (Berry Blueberry) | 1 |
| Indy | | China Girl | 1 |
| | | | |
| | | | |
| Indy | | GLUTEN FREE COOKIE DOUGH TUBE (filled) | 12 |
| Indy | | OUR FAMOUS COOKIE DOUGH TUBE  (filled) | 36 |
| | | | |
| | | | |
| | | GARNISH | |
| Indy | | Lemons | 1 |
| Indy | | Mint | 1 |
| Indy | | Rosemary | 1.5 |
| Indy | | Marshmallows | 4.5 |
| | | | |
| | | PREPARED TREATS | |
| Indy | | Oatmeal Cream Pie | 36 |
| Indy | | Peanut Butter Cream Pie | 52 |
| Indy | | Cookies & Cream Pie | 15 |
| Indy | | Lemon Loaf | 8 |
| Indy | | Zucchini Loaf | 9 |
| Indy | | Pumpkin Loaf | |
| Indy | | Brownies | 10 |

**EXHIBIT F**

| | | | |
|---|---|---|---|
| Indy | | Gluten Free Brownies | 7 |
| Indy | | Derby Bar | 12 |
| Indy | | Pecan tea cookies bag | 9 |
| Indy | | Pecan tea cookies single | |
| Indy | | Rice Krispie Treat | 14 |
| Indy | | Sugar Cookie | 12 |
| Indy | | Crunch Sugar Cookie | 2 |
| Indy | | Cookie Cake | |
| Indy | | Macaroons | **4** |
| | | | |
| | | BULK ITEMS | |
| Indy | | Punched Cookie Dough | |
| Indy | | Cookie dough FLAT | 3 |
| Indy | | Cookie dough CASE | |
| Indy | | Gluten Free Punched Cookie Dough | |
| | | GF Cookie Dough Flat | 1.25 |
| | | GF Cookie Dough CASE | |
| Indy | | OCP Pucks SINGLE | |
| | | OCP Pucks FLAT | **1.25** |
| | | OCP Pucks CASE | |
| Indy | | PB Pie Pucks | |
| Indy | | PB Pie Pucks FLAT | 0.25 |
| Indy | | PB Pie Pucks CASE | |
| Indy | | OCP filling | **5** |
| Indy | | Cookies & Cream Pie Pucks | |
| | | Cookies & Cream Pie FLAT | **1.5** |

**EXHIBIT F**

|  |  |  |  |
|---|---|---|---|
|  |  | Cookies & Cream Pie CASE |  |
|  |  | Brownie Tray |  |
|  |  | GF Brownie Tray |  |
|  |  | Derny Bar Tray |  |
| Indy |  | Buttercream icing | **4** |
| Indy |  | Peanut Butter Filling | **4** |
| Indy |  | Cookie Cake Pucks | **8** |
| Indy |  | Crunch Dough |  |
| Indy |  | Sugar Cookie Puck |  |
| Indy |  | Pecan Tea Cookie Dough |  |
| Indy |  | Lemon Loaf Batter | **2** |
| Indy |  | Zucchini Loaf Batter | **2** |
| Indy |  | Macaroons |  |
|  |  |  |  |
|  |  | PANTRY ITEMS |  |
| Indy |  | B.I.Y Waffle Mix | 19 |
| Indy |  | B.I.Y Derby Mix | 6 |
| Indy |  | B.I.Y Cookie Mix | 8 |
| Indy |  | B.I.Y Brownie Mix | 20 |
| Indy |  | Brown Sugar Pack* | 1.5 |
| Indy |  | White Sugar Pack* | 0.25 |
| Indy |  | Yellow Sugar Pack* | 0.25 |
| Indy |  | Peanut Butter | **2** |
| Indy |  | Bakers Joy | **6** |
| Indy |  | Callebaut Dark Chocolate Chips | **0.5** |
| Indy |  | Callebaut White Chocolate Chips |  |

**EXHIBIT F**

| Indy | | Blue Butter Salted | **2** |
|------|--|--------------------|-------|
| Indy | | Yellow Butter Unsalted | **3.5** |
| Indy | | Marshmallow Fluff | **3** |
| Indy | | Karo Corn Syrup | **0.5** |
| Indy | | Golden Light Brown Sugar | **1.5** |
| Indy | | Cocoa Powder | **0.25** |
| Indy | | Rice Krispies | **4** |
| Indy | | Gold Sparkling Sugar | **1** |
| Indy | | Blue Sparkling Sugar | **1** |
| Indy | | Red Sparkling Sugar | **1.5** |
| Indy | | White Sparkling Sugar | **1.5** |
| Indy | | Green Sparkling Sugar | **1** |
| Indy | | Pink Sparkling Sugar | **1** |
| Indy | | Purple Sparkling Sugar | **1** |
| Indy | | Orange Sparkling Sugar | **1.5** |
| Indy | | White Sugar Packets | 1 |
| Indy | | Splenda | **0.5** |
| Indy | | Sugar In The Raw | **0.5** |
| | | | **FOOD TOTAL** |

| Duncan | CNRCS | Cookie Square | |
|--------|-------|---------------|--|

**EXHIBIT F**

| Duncan | C&RCST | Cookie Card Stock |
|---|---|---|
| Duncan | MPERFECTDSS | Drink Stopper Stickers |
| Duncan | MPERFECTCM | Cookie Mix Stickers |
| Duncan | MPERFECTCS | Cookie Stickers |
| Duncan | MPERFECTDS | Derby Stickers |
| Duncan | MPERFECTBS | Brownie Stickers |
| Duncan | MPERFECTZLS | Zucchini Loaf Stickers |
| Duncan | MPERFECTPLS | Pumpkin Loaf Stickers |
| Duncan | MPERFECTPCCLS | Pumpkin C.C Loaf Stickers |
| Duncan | MPERFECTWS | Waffle Stickers |
| Duncan | 7450-MPERFECTPCS | Crunch Stickers |
| Duncan | MPERFECTRCTS | Rice Krispie Treat Stickers |
| Duncan | MPERFECTOCPS | OCP Stickers |
| Duncan | MPERFECTPTYMT | P&TY Masking Tape |
| Duncan | MPERFECTPTYPT | P&TY Packing Tape |
| Duncan | MPERFECTSN | Sticky Notes |
| Duncan | CNRIP | Invoice Pads |
| Duncan | 257301 | Dozen Boxes |
| Duncan | MPERFECTNDB | New Dough Box |
| Duncan | DUNCANCCB | Coffee & Cookie Bag |
| Duncan | 7450CPT | Mini Dough Tubes |
| Duncan | 7450-6PTGF | GF Tube |
| Duncan | 7450-6PTSS | Southern Sized Tube |
| Duncan | 7450-OFT | Our Famous New Tube (159 per case, 81 per small case) |
| Duncan | 7450-GFT | Gluten Free New Tube (159 per case, 81 per small case) |
| | | |
| Duncan | TEMPLIC16 | 16 oz Cold Cups (branded) |
| Duncan | TEMPLIC24 | 24 oz Cold Cups (branded) |
| Duncan | TEMPLIH8 | 8 oz Hot Cups (branded) |
| Duncan | TEMPLIH12 | 12 oz Hot Cups (branded) |
| Duncan | TEMPLIH16 | 16 oz Hot Cups (branded) |
| | | 20 oz hot |

**EXHIBIT F**

| Duncan | 5400GSXS | Grey Shirt XS |
|--------|----------|---------------|
| Duncan | MPERFECTLB | Lunch Box |
| Duncan | 5400BO612 | Black Onesie 6-12 |
| Duncan | 5400BO1218 | Black Onesie 12-18 |
| Duncan | 5400BO1824 | Black Onesie 18-24 |
| Duncan | 5400BS2T | Black Shirt 2T |
| Duncan | 5400BS4T | Black Shirt 4T |
| Duncan | 5400BSYS | Black Shirt YS |
| Duncan | 5400BSXS | Black Please Shirt XS |
| Duncan | 5400BSS | Black Please Shirt S |
| Duncan | 5400BSM | Black Please Shirt M |
| Duncan | 5400BSL | Black Please Shirt L |
| Duncan | 5400BSXL | Black Please Shirt XL |
| Duncan | 5400BS2XL | Black Please Shirt 2XL |
| Duncan | 5400BCPHS | Black Coffee Pot Hoodie S |
| Duncan | 5400BCPHM | Black Coffee Pot Hoodie M |
| Duncan | 5400BCPHL | Black Coffee Pot Hoodie L |
| Duncan | 5400BCPHXL | Black Coffee Pot Hoodie XL |
| Duncan | 5400BCPH2XL | Black Coffee Pot Hoodie 2XL |
| Duncan | 5400KSMY | Keychain- Smiley |
| Duncan | 5400KBPTY | Keychain Black PTY |
| Duncan | 5400LW | P&TY Lighters White |
| Duncan | 5400S&SYL | Squeeze & Spank You Lighters |
| Duncan | 5400LB | P&TY Lighters Black |
| Duncan | 5400LK | P&TY Lighters Kentucky |
| Duncan | 5400LL | P&TY Louisville Lighters |
| Duncan | 5400IL | Indiana Lighters |
| Duncan | 5400HL | Heart Lighters |
| Duncan | 5400CT | Cookie Tin |
| Duncan | 5400WHS | White Hoodie S |
| Duncan | 5400PDGM | Polka Dot Glass Mugs |
| Duncan | 5400BPGM | Black Pinstripe Glass Mugs |
| Duncan | 5400LM | Logo Diner Mug |
| Duncan | 5400SM | Skyline Mug |

**EXHIBIT F**

| Duncan | 5400ISM | Indy Skyline Mug |
|--------|---------|------------------|
| Duncan | 5400SM | Smile Mug |
| Duncan | 5400S&SYS | Black Squeeze Sweatshirt S |
| Duncan | 5400S&SYM | Black Squeeze Sweatshirt M |
| Duncan | 5400S&SYL | Black Squeeze Sweatshirt L |
| Duncan | 5400S&SYXL | Black Squeeze Sweatshirt XL |
| Duncan | 5400DGC | Dripos Gift Cards |
| Duncan | 5400DGC | Black Gift Card Sleeves |
| Duncan | 5400RBVNJS | Royal Blue V-Neck Jersey S |
| Duncan | 5400RBVNJM | Royal Blue V-Neck Jersey M |
| Duncan | 5400RBVNJL | Royal Blue V-Neck Jersey L |
| Duncan | 5400RBVNJXL | Royal Blue V-Neck Jersey XL |
| Duncan | 5400GVNJS | Green V-Neck Jersey S |
| Duncan | 5400GVNJM | Green V-Neck Jersey M |
| Duncan | 5400GVNJL | Green V-Neck Jersey L |
| Duncan | 5400GVNJXL | Green V-Neck Jersey XL |
| Duncan | 5400PVNJS | Pink V-Neck Jersey S |
| Duncan | 5400PVNJM | Pink V-Neck Jersey M |
| Duncan | 5400PVNJL | Pink V-Neck Jersey L |
| Duncan | 5400PVNJXL | Pink V-Neck Jersey XL |
| Duncan | 5400TBP | Tennis Balls |
| Duncan | 5400RSS | Red Sweatshirt S |
| Duncan | 5400RSM | Red Sweatshirt M |
| Duncan | 5400RSL | Red Sweatshirt L |
| Duncan | 5400RSXL | Red Sweatshirt XL |
| Duncan | 5400HSS | Horse Shirt S |
| Duncan | 5400HSM | Horse Shirt M |
| Duncan | 5400HSL | Horse Shirt L |
| Duncan | 5400HSXL | Horse Shirt XL |
| Duncan | 5400P&TYO | P&TY Ornament |
| Duncan | 5400PTYS | P&TY Socks |
| Duncan | 5400HT | Horse Tumbler |
| Duncan | 5400CT | Car Tumbler |
| Duncan | MPERFECTBUMP | Bumper Stickers P&TY |

**EXHIBIT F**

| Duncan | MPERFECTBUMP | Bumper Stickers I LOVE LOU |
|--------|--------------|----------------------------|
| Duncan | MPERFECTBUMP | Bumper Stickers HOOSIERS |
| Duncan | MPERFECTBUMP | Bumper Stickers  HOT COFFEE |
| Duncan | MPERFECTBUMP | Bumper Stickers LOUD MUSIC |
| Duncan | MPERFECTBUMP | Bumper Stickers NO DECAF |
| Duncan | MPERFECTBUMP | Bumper Stickers FRESH COOKIES |
| Duncan | MPERFECTBUMP | Bumper Stickers I LOVE KY |
| Duncan | MPERFECTBUMP | Bumper Stickers TRUCK IT |
| Duncan | 5400S&SYSS | Squeeze & Spank You Sticker Sheets |
| Duncan | MPERFECTHS | Happy Stickers |
| Duncan | MPERFECTLS | Logo Stickers |
| | | Tote Bags |
| | | |

| | | |
|--------|--------------|----------------------------|
| | | COFFEE/BEV |
| Duncan | BulkGFC015 | P&TY Blend |
| Duncan | BulkGFC016 | Fast Track 5lb Espresso |
| Duncan | DUNCANW | P&TY Still Water |
| Duncan | 5000BUCHAI | Kilogram Chai |
| Duncan | 5000ALM | Almond Milk |
| Duncan | BEASLEYS | Apple Cider (seasonal) |
| Duncan | 5000ODEKO | Oatly Cases |
| Duncan | DEPOTLJ | Lemon Juice |
| Duncan | 14404 | Lemon Juice |
| Duncan | 5000TOPO | Topo Chico |
| Duncan | 5000COKE | Mexican Coke |
| | | |
| | | |
| Duncan | COSTCOBB | Blue Butter Salted |
| Duncan | COSTCOYB | Yellow Butter Unsalted |
| Duncan | COSTCOHC | Heavy Cream |

**EXHIBIT F**

| | | |
|---|---|---|
| Duncan | CREATIONWM | Whole Milk |
| Duncan | 39527 | Plugra |
| Duncan | 138861 | 30 LB PAIL AMF EU (plugra alternative) |
| Duncan | DEPOTSCM | Sweet Condensed Milk |
| Duncan | 5000-CREAMCHEESE | Cream Cheese |
| Duncan | DEPOTSC | Sour Cream |
| | | |
| | | |
| | | |
| | | |
| Duncan | COSTCOM | Maple Syrup |
| Duncan | COSTCOOM | Oatmeal |
| Duncan | COSTCOOO | Olive Oil |
| Duncan | COSTCOPS | Powdered Sugar |
| Duncan | COSTCOVE | Vanilla Extract |
| Duncan | COSTCOW | Walnuts |
| Duncan | COSTCOP | Peacans |
| Duncan | CREATIONC2 | Cloves |
| Duncan | CREATIONCP | Cocoa Powder |
| Duncan | CREATIONE | Eggs |
| Duncan | COSTCOBS | Brown Sugar |
| Duncan | COSTCOCO | Canola Oil |
| Duncan | DEPOTCF | Coconut Flakes |
| Duncan | DEPOTPC | Pineapple Crushed |
| Duncan | CREATIONEP | Espresso Powder |
| Duncan | CREATIONF | Flour |
| Duncan | 5000-GFF | Gluten-Free Flour |
| Duncan | CREATIONM | Molasses |
| Duncan | DEPOTACV | Apple Cider Vinegar |
| Duncan | DEPOTALL | Allspice |
| Duncan | DEPOTBS | Baking Soda |
| Duncan | CREATIONCAY | Cayenne |
| Duncan | DEPOTCIN | Cinnamon |

**EXHIBIT F**

| | | |
|---|---|---|
| Duncan | DEPOTCT | Cream of Tartar |
| Duncan | DEPOTG | Ginger |
| Duncan | DEPOTH | Honey |
| Duncan | DEPOTPB | Peanut Butter |
| Duncan | DEPOTJOY | Baker's Joy |
| Duncan | DEPOTKS | Kosher Salt |
| Duncan | DEPOTMM1 | Marshmallows |
| Duncan | DEPOTMM2 | Marshmallows Case |
| Duncan | COSTCOL | Lemons |
| Duncan | DEPOTNG | Nutmeg ground |
| Duncan | DEPOTPOW | Baking Powder |
| Duncan | CREATIONPP | Pumpkin Puree |
| Duncan | KROGERA | Abuelita |
| Duncan | KROGERRKB | Rice Krispies Box* |
| Duncan | 96638 | White Chocolate |
| Duncan | 02361 | Chocolate 60-40 |
| Duncan | CREATIONL6040 | Chocolate L-60-40 |
| Duncan | 96007 | Maldon Salt |
| Duncan | AMAZONMMF | Marshmallow Fluff |
| Duncan | 5000-CORN | Corn Syrup |
| Duncan | COSTCO50LBS | Sugar 50 lbs |
| Duncan | COSTCOB | Bourbon |
| Duncan | 5000-CS | Cornstarch |
| | | |
| | | |
| Duncan | AMAZONBLT | Black Lipton Tea |
| Duncan | AMAZONGLT | Green Lipton Tea |
| Duncan | TEACG | China Girl |
| Duncan | TEADR | Dr. Grey (Mademoiselle) |
| Duncan | TEAFA | Friday Afternoon (Buccaneer) |
| Duncan | TEALG | Lemon Ginseng |
| Duncan | TEALGL | Light Green Leaves (Fiji) |
| Duncan | TEAM | Matcha |
| Duncan | TEAPM | Peppermint |

## EXHIBIT F

| | | |
|---|---|---|
| Duncan | TEAVV | Violet Violet (Berry Blueberry) |
| Duncan | DUNCANBM | B.I.Y Brownie Mix |
| Duncan | DUNCANCM | B.I.Y Cookie Mix |
| Duncan | DUNCANDM | B.I.Y Derby Mix |
| Duncan | DUNCANWM | B.I.Y Waffle Mix |
| Duncan | DUNCANBS | Butterscotch |
| Duncan | DUNCANG | Ganache |
| Duncan | DUNCANWW | Walter White |
| Duncan | DUNCANMM | Mexi Mix |
| Duncan | DUNCANPS | Pumpkin Spice |
| Duncan | 5000-CCF | Cream Cheese Filling |
| Duncan | DUNCANCC | Cookie Cake |
| Duncan | 5010-GFCC | GF Cookie Cake |
| Duncan | DUNCANOCP | Oatmeal Cream Pie |
| Duncan | DUNCANPBP | Peanut Butter Pie |
| Duncan | DUNCANDCCCP | Cookies & Cream Pie |
| Duncan | DUNCANZL | Zucchini Loaf |
| Duncan | DUNCANPL | Lemon Loaf |
| Duncan | 5010-DUNCANPCCL | Pumpkin Chocolate Chip Loaf |
| Duncan | 5010-DUNCANPCC | Pumpkin Loaf |
| Duncan | 5010-DUNCANPB | Pumpkin Batter |
| Duncan | DUNCANB | Brownies |
| Duncan | DUNCANBGF | Gluten Free Brownies |
| Duncan | DUNCANDB | Derby Bar |
| Duncan | DUNCANSC | Sugar Cookie |
| Duncan | DUNCANCSC | Crunch Sugar Cookie |
| Duncan | KROGERCT | Rice Krispie Treat |
| Duncan | 5010PTC | Pecan Tea Cookie Dough |
| Duncan | 5010PTC | Pecan Tea Cookie |
| Duncan | OFCCCDT | OUR FAMOUS TUBE CASE |
| Duncan | GFCCCDT | GLUTEN FREE TUBE CASE |
| Duncan | 5010-GFCDT | GLUTEN FREE COOKIE DOUGH TUBE |
| Duncan | 5010-OFCDT | OUR FAMOUS COOKIE DOUGH TUBE |

**EXHIBIT F**

| Duncan | DUNCANDBWSC | DOUGH BOX CASE |
|---|---|---|
| Duncan | PTYCCCDC | PTY CHOCOLATE CHIP COOKIE DOUGH CASE |
| Duncan | CCCDF | CHOCOLATE CHIP COOKIE DOUGH FLAT 160/CS |
|  |  | MINI COOKIE DOUGH CASE- |
| Duncan | DUNCANDBWS | Dough Box Full Unit |
| Duncan |  | OCP Pucks CASE |
| Duncan |  | PB Pie Pucks CASE |
| Duncan |  | Cookies & Cream Pie CASE |
| Duncan |  | Brownie Tray |
| Duncan |  | GF Brownie Tray |
| Duncan |  | Derny Bar Tray |
| Duncan |  | Lemon Loaf Batter |
| Duncan |  | Zucchini Loaf Batter |
| Duncan |  | Macaroons |
| Duncan | DUNCANMD | Punched Mini Cookie Dough |
| Duncan | DUNCANPCD | Punched Cookie Dough |
| Duncan | DUNCANGFPCD | Gluten Free Punched Cookie Dough |
|  |  |  |
| Duncan | MPERFECTBSP | Brown Sugar Pack Case |
| Duncan | MPERFECTWSP | White Sugar Pack Case |
| Duncan | MPERFECTYS | Yellow Sugar Pack Case |
| Duncan | 5000ITGSS | Gold Sparkling Sugar |
| Duncan | 5000ITBSS | Blue Sparkling Sugar |
| Duncan | 5000ITRSS | Red Sparkling Sugar |
| Duncan | 5000ITWSS | White Sparkling Sugar |
| Duncan | 5000ITGRSS | Green Sparkling Sugar |
| Duncan | 5000ITPKSS | Pink Sparkling Sugar |
| Duncan | 5000ITPSS | Purple Sparkling Sugar |
| Duncan | 5000ITOSS | Orange Sparkling Sugar |
| Duncan | AMAZONFC | Food Coloring |
| Duncan | DEPOTNPS | Rainbow Nonpareils Sprinkles |
|  |  |  |

**EXHIBIT F**

| | | |
|---|---|---|
| Dale | Coffee & Cookie Bag | |
| Dale | Bumper Stickers P&TY | 144 |
| Dale | Bumper Stickers I LOVE LOU | |
| Dale | Bumper Stickers HOOSIERS | |
| Dale | Bumper Stickers HOT COFFEE | |
| Dale | Bumper Stickers LOUD MUSIC | |
| Dale | Bumper Stickers NO DECAF | |
| Dale | Bumper Stickers FRESH COOKIES | |
| Dale | Bumper Stickers I LOVE KY | |
| Dale | Bumper Stickers TRUCK IT | |
| Dale | Happy Stickers | 125 |
| Dale | Logo Stickers | 131 |
| Dale | Dozen Boxes | |

**EXHIBIT F**

| | | |
|---|---|---|
| Dale | 16 oz Cold Cups | |
| Dale | 24 oz Cold Cups | |
| Dale | 8 oz Hot Cups | |
| Dale | 12 oz Hot Cups | |
| Dale | 16 oz Hot Cups | |
| Dale | Lunch Box | |
| Dale | P&TY Tote | |
| Dale | Keychain-Smiley | |
| Dale | Keychain Black PTY | 21 |
| Dale | P&TY Lighters White | 48 |
| Dale | Squeeze & Spank You Lighters | |
| Dale | P&TY Lighters Black | |
| Dale | P&TY Lighters Colorado | |
| Dale | I Love Cookies Lighters | |
| Dale | I Love Coffee Lighters | |
| Dale | Indiana Lighters | |
| Dale | Heart Lighters | |
| Dale | Logo Diner Mug | |
| Dale | Dripos Gift Cards | |
| Dale | Black Gift Card Sleeves | |
| Dale | Mini Dough Tubes | |
| Dale | Tennis Balls | |
| Dale | Ash Trays | |
| | | |

**EXHIBIT F**

| | | |
|---|---|---|
| ███ | ███████████ | ████ |
| Dale | P&TY Blend 5lb | 1 |
| Dale | P&TY Blend | |
| Dale | Fast Track 5lb Espresso | 1 |
| Dale | Fast Track Espresso | |
| Dale | Sugar 25 lbs | |
| Dale | Heavy Cream | |
| Dale | Maple Syrup | |
| Dale | Vanilla Extract | 1 |
| Dale | Whole Milk | |
| Dale | Skim Milk | |
| Dale | Cinnamon | |
| Dale | Honey | |
| Dale | Lemon Juice | |
| Dale | Lemon Juice | |
| Dale | Lemons | |
| Dale | Black Lipton Tea | |
| Dale | Green Lipton Tea | |
| Dale | Marshmallows | |
| Dale | Sweet Condensed Milk | |
| Dale | B.I.Y Brownie Mix | |
| Dale | Butterscotch | |

**EXHIBIT F**

| | | |
|---|---|---|
| Dale | B.I.Y Cookie Mix | |
| Dale | B.I.Y Derby Mix | |
| Dale | Ganache | |
| Dale | Mexi Mix | |
| Dale | Oatmeal Cream Pie | |
| Dale | Peanut Butter Pie | |
| Dale | Zucchini Loaf | |
| Dale | Lemon Loaf | |
| Dale | Brownies | |
| Dale | Gluten Free Brownies | |
| Dale | Derby Bar | |
| Dale | Punched Cookie Dough | |
| Dale | Gluten Free Punched Cookie Dough | |
| Dale | Pumpkin Spice | |
| Dale | Sugar Cookie | |
| Dale | Crunch Sugar Cookie | |
| Dale | P&TY Still Water | 27 |
| Dale | Walter White | |
| Dale | Brown Sugar Pack Case | 0.5 |
| Dale | White Sugar Pack Case | 0.5 |
| Dale | Yellow Sugar Pack Case | 0.5 |
| Dale | Maldon Salt | 1 |
| Dale | Dr. Grey (Mademoiselle) | |

**EXHIBIT F**

| | | |
|---|---|---|
| Dale | Friday Afternoon (Buccaneer) | |
| Dale | Lemon Ginseng | |
| Dale | Light Green Leaves (Fiji) | |
| Dale | Matcha | |
| Dale | Peppermint | |
| Dale | Violet Violet (Berry Blueberry) | 1 |
| Dale | Punched Mini Cookie Dough | |
| Dale | Dough Box Full Unit | |
| Dale | Oat Milk | 7 |
| Dale | Chai | 10 |
| Dale | Apple Cider (seasonal) | |
| Dale | Liquid Death | |
| | | |

## EXHIBIT B

| MACHINERY | LOCATION | VALUE | OWED/LIENS |
|---|---|---|---|
| 2 door standing cooler | FRANK | $400.00 | SBA all assets lien |
| 2 door standing cooler | MARK | $400.00 | SBA all assets lien |
| 2 door standing cooler | RIVER | $400.00 | SBA all assets lien |
| 2 door standing cooler | INDY | $400.00 | SBA all assets lien |
| 2 door under counter fridge | FRANK | $200.00 | SBA all assets lien |
| 2 door under counter fridge | MARK | $200.00 | SBA all assets lien |
| 2 door under counter fridge | RIVER | $200.00 | SBA all assets lien |
| 2 door under counter fridge | INDY | $200.00 | SBA all assets lien |
| 2 door under counter fridge | DUNCAN | $200.00 | SBA all assets lien |
| 1 door under counter fridge | MARK | $150.00 | SBA all assets lien |
| 1 door under counter fridge | FRANK | $150.00 | SBA all assets lien |
| BUNN Coffee Grinder | at COFFEE WRENCH | $30.00 | SBA all assets lien |
| Fetco Coffee Brewer | at COFFEE WRENCH | $30.00 | SBA all assets lien |
| ready to drink case | MARK | $200.00 | SBA all assets lien |
| ready to drink case | RIVER | $200.00 | SBA all assets lien |
| ready to drink case | INDY | $200.00 | SBA all assets lien |
| ready to drink case | FRANK | $200.00 | SBA all assets lien |
| Moffat turbofan double stack oven | MARK | $500.00 | SBA all assets lien |
| Moffat turbofan single stack oven | FRANK | $300.00 | SBA all assets lien |
| Moffat turbofan double stack oven | DUNCAN | $500.00 | SBA all assets lien |
| Moffat turbofan double stack oven | DUNCAN | $500.00 | SBA all assets lien |
| Moffat turbofan double stack oven | RIVER | $500.00 | SBA all assets lien |
| Moffat turbofan double stack oven | INDY | $500.00 | SBA all assets lien |
| tagliavini rotovent rack oven | DUNCAN | $15,000.00 | SBA all assets lien / LOU METRO 2nd position |
| Linea Classic Espresso Machine (old) | at COFFEE WRENCH | $150.00 | SBA all assets lien |
| Linea Strada Esprssso Machine | FRANK | $3,000.00 | SBA all assets lien |
| Linea Classic Espresso Machine | MARK | $1,500.00 | SBA all assets lien |
| Linea Classic Espresso Machine | RIVER | $1,500.00 | SBA all assets lien |
| Linea Classic Espresso Machine | INDY | $1,500.00 | SBA all assets lien |
| Linea Classic Espresso Machine (new) | at COFFEE WRENCH | $15,000.00 | SBA all assets lien |
| Linea Mini Espresso Machine | GAINBRIDGE | $200.00 | SBA all assets lien |
| Linea Mini Espresso Machine | AIRSTREAM | $200.00 | SBA all assets lien |
| Mahlkonig Espresso Grinder | at COFFEE WRENCH | $50.00 | SBA all assets lien |
| Mahlkonig Espresso Grinder | MARK | $50.00 | SBA all assets lien |
| Mahlkonig Espresso Grinder | FRANK | $50.00 | SBA all assets lien |
| Mahlkonig Espresso Grinder | RIVER | $50.00 | SBA all assets lien |
| Mahlkonig Espresso Grinder | INDY | $50.00 | SBA all assets lien |
| BUNN Coffee Grinder | FRANK | $30.00 | SBA all assets lien |

**EXHIBIT B**

| | | | |
|---|---|---|---|
| BUNN Coffee Grinder | MARK | $30.00 | SBA all assets lien |
| BUNN Coffee Grinder | RIVER | $30.00 | SBA all assets lien |
| BUNN Coffee Grinder | INDY | $30.00 | SBA all assets lien |
| Fetco Coffee Brewer | FRANK | $30.00 | SBA all assets lien |
| Fetco Coffee Brewer | MARK | $30.00 | SBA all assets lien |
| Fetco Coffee Brewer | RIVER | $30.00 | SBA all assets lien |
| Fetco Coffee Brewer | INDY | $30.00 | SBA all assets lien |
| 3 Compartment Sink | FRANK | $30.00 | SBA all assets lien |
| 3 Compartment Sink | MARK | $30.00 | SBA all assets lien |
| 3 Compartment Sink | RIVER | $30.00 | SBA all assets lien |
| 3 Compartment Sink | INDY | $30.00 | SBA all assets lien |
| 3 Compartment Sink | DUNCAN | $30.00 | SBA all assets lien |
| Hand Sink | FRANK | $5.00 | SBA all assets lien |
| Hand Sink | MARK | $5.00 | SBA all assets lien |
| Hand Sink | RIVER | $5.00 | SBA all assets lien |
| Hand Sink | INDY | $5.00 | SBA all assets lien |
| Hand Sink | DUNCAN | $5.00 | SBA all assets lien |
| Stainless Steel Prep Table | MARK | $15.00 | SBA all assets lien |
| Stainless Steel Prep Table | RIVER | $20.00 | SBA all assets lien |
| Speed Racks-multiple | ALL LOCATIONS, total | $100.00 | SBA all assets lien |
| Walk-In Freezer | DUNCAN | $500.00 | SBA all assets lien |
| Walk-In Freezer | INDY | $500.00 | SBA all assets lien |
| Walk-In Fridge | DUNCAN | $500.00 | SBA all assets lien |
| Walk-In Fridge | INDY | $500.00 | SBA all assets lien |
| Walk-In Fridge | RIVER | $200.00 | SBA all assets lien |
| Formatic Cookie Pucker | DUNCAN | $400.00 | SBA all assets lien |
| Formatic Cookie Pucker | DUNCAN | $400.00 | SBA all assets lien |
| Mixer | DUNCAN | $200.00 | SBA all assets lien |
| Mixer | DUNCAN | $200.00 | SBA all assets lien |
| Warming Rack | GAINBRIDGE | $50.00 | SBA all assets lien |
| Warming Rack | AIRSTREAM 1 | $50.00 | SBA all assets lien |
| Warming Drawer | AIRSTREAM 2 | $40.00 | SBA all assets lien |
| 2 door under counter fridge | AIRSTREAM 1 | $200.00 | SBA all assets lien |
| 2 door under counter fridge | AIRSTREAM 2 | $200.00 | SBA all assets lien |
| Large Ice Machine | MARK | $400.00 | SBA all assets lien |
| Large Ice Machine | RIVER | $400.00 | SBA all assets lien |
| Large Ice Machine | INDY | $400.00 | SBA all assets lien |
| Standard Ice Machine | FRANK | $100.00 | SBA all assets lien |
| Standard Ice Machine | DUNCAN | $40.00 | SBA all assets lien |
| hand operated pallet dolly | DUNCAN | $30.00 | SBA all assets lien |
| air compressor large | DUNCAN | $30.00 | SBA all assets lien |

**EXHIBIT B**

| | | | |
|---|---|---|---|
| air compressor small | DUNCAN | $15.00 | SBA all assets lien |
| misc small equipment (hand truck/ladder/etc) | DUNCAN | $40.00 | SBA all assets lien |

**TOTAL**                                        $45,190.00

**EXHIBIT C**

| ITEM | LOCATION | VALUE | OWED/LIENS |
|---|---|---|---|
| ROUND TABLES, wooden (3) | MARK | $50 | SBA all assets lien |
| chairs & bar stools | MARK | $20 | SBA all assets lien |
| ROUND tables, small (4) | FRANK | $50 | SBA all assets lien |
| outdoor furniture (picnic table, metal wire chairs) | FRANK | $50 | SBA all assets lien |
| cushion seats, chairs, barstools | FRANK | $50 | SBA all assets lien |
| office tables (2) | FRANK | $30 | SBA all assets lien |
| small tables & chairs | RIVER | $100 | SBA all assets lien |
| leather & wood sofa | RIVER | $40 | SBA all assets lien |
| ROWE jukebox | MARK | $150.00 | SBA all assets lien |
| ROWE jukebox | FRANK | $150.00 | SBA all assets lien |
| ROWE jukebox | RIVER | $150.00 | SBA all assets lien |
| ROWE jukebox | INDY | $150.00 | SBA all assets lien |
| misc shelving (storage) | RIVER | $20 | SBA all assets lien |
| misc shelving (wooden, BOH) | FRANK | $20 | SBA all assets lien |
| misc shelving (metal racks) | DUNCAN | $50 | SBA all assets lien |
| tall mirrors (4) | INDY | $50 | SBA all assets lien |
| bar stools (3) | INDY | $15 | SBA all assets lien |
| tile banquet seating | INDY | $75 | SBA all assets lien |
| small tables (3) | INDY | $20 | SBA all assets lien |
| merchandising pegboard shelving | INDY | $20 | SBA all assets lien |
| merchandising pegboard shelving | MARK | $20 | SBA all assets lien |
| merchandising pegboard shelving | RIVER | $20 | SBA all assets lien |
| outdoor furniture (picnic table) | DUNCAN | $5 | SBA all assets lien |
| outdoor furniture  (picnic tables, chairs) | RIVER | $40 | SBA all assets lien |
| round side/end table | RIVER | $10 | SBA all assets lien |
| oval marble table | RIVER | $30 | SBA all assets lien |
| button dispenser | RIVER | $5 | SBA all assets lien |
| misc displays, tents, tables | DUNCAN | $20 | SBA all assets lien |
| diner booth | RIVER | $75 | SBA all assets lien |
| misc artwork | ALL LOCATIONS | $400 | SBA all assets lien |
| sugar station cabinet | RIVER | $50 | SBA all assets lien |
| **FEVER Season Tickets** | **INDY** | **$1000** | **SBA all assets lien** |

**TOTAL**                          **$2,935**

**EXHIBIT D**

| ITEM NAME | QTY |
| --- | --- |
| Black Onesie 6-12 | 4 |
| Black Onesie 12-18 | 8 |
| Black Onesie 18-24 | 10 |
| Black Shirt 2T | 11 |
| Black Shirt 4T | 11 |
| Black Shirt YS | 8 |
| Black Please Shirt XS | 10 |
| Black Please Shirt S | 28 |
| Black Please Shirt M | 4 |
| Black Please Shirt L | 6 |
| Black Please Shirt XL | 12 |
| Black Please Shirt 2XL | 10 |
| Horse Shirt S | 6 |
| Horse Shirt M | 3 |
| Horse Shirt L | 5 |
| Horse Shirt XL | 6 |
| Tennis Balls | 61 |
| Skyline Mug | 11 |
| Indy Skyline Mug | 72 |
| Logo Diner Mug | 82 |
| Polka Dot Glass Mugs | 24 |
| Black Pinstripe Glass Mugs | 51 |
| Smile Mug | 63 |
| P&TY Lighters White | 5 |
| P&TY Lighters Black | 220 |
| Indiana Lighters | 105 |
| Keychain- Smiley | 0 |
| Keychain Black PTY | 64 |
| FOOTBALL JERSEY S | 1 |
| FOOTBALL JERSEY M | 2 |
| FOOTBALL JERSEY L | 3 |
| FOOTBALL JERSEY XL | 1 |

| | |
| --- | --- |
| Dripos Gift Cards | 183 |
| Black Coffee Pot Hoodie S | 3 |
| Black Coffee Pot Hoodie M | 1 |
| Black Coffee Pot Hoodie L | 0 |
| Black Coffee Pot Hoodie XL | 1 |
| Black Coffee Pot Hoodie 2XL | 3 |
| Baby Blue V-Neck Jersey S | N/A |
| Baby Blue V-Neck Jersey M | N/A |
| Baby Blue V-Neck Jersey L | N/A |
| Baby Blue V-Neck Jersey XL | N/A |
| Royal Blue V-Neck Jersey S | 1 |
| Royal Blue V-Neck Jersey M | 0 |
| Royal Blue V-Neck Jersey L | 0 |
| Royal Blue V-Neck Jersey XL | 3 |
| Green V-Neck Jersey S | 0 |
| Green V-Neck Jersey M | 1 |
| Green V-Neck Jersey L | 1 |
| Green V-Neck Jersey XL | 1 |
| Pink V-Neck Jersey S | 3 |
| Pink V-Neck Jersey M | 5 |
| Pink V-Neck Jersey L | 7 |
| Pink V-Neck Jersey XL | 5 |
| Red Sweatshirt S | 9 |
| Red Sweatshirt M | 4 |
| Red Sweatshirt L | 6 |
| Red Sweatshirt XL | 5 |

**TOTAL FOR ALL LOCATIONS: $16,840.83**

**Fill in this information to identify the case:**

Debtor name    Please & Thank You, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF KENTUCKY

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** Bluevine Capital Inc.<br>Creditor's Name<br><br>401 Warren St., Suite 300<br>Redwood City, CA 94063<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>All accounts and assets<br><br>**Describe the lien**<br>Lien<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $96,371.17 | Unknown |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** Celtic Bank<br>Creditor's Name<br>268 South State Street, Suite 300<br>Salt Lake City, UT 84111<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>INDY LOCATION<br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>Merchant Receivables; all accounts & payment intangibles; Stripe Account and all funds held therein; all business assets<br><br>**Describe the lien**<br>Lien<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $42,178.65 | Unknown |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

Debtor   Please & Thank You, LLC                          Case number (if known) _____
      Name

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3** | Celtic Bank

Creditor's Name

268 South State Street, Suite 300
Salt Lake City, UT 84111

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
RIVER LOCATION
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Merchant Receivables; all accounts & payment intangibles; Stripe Account and all funds held therein; all business assets

**Describe the lien**
Lien

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$48,926.98          Unknown

---

**2.4** | Celtic Bank

Creditor's Name

268 South State Street, Suite 300
Salt Lake City, UT 84111

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
MARKET LOCATION
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Merchant Receivables; all accounts & payment intangibles; Stripe Account and all funds held therein; all business assets

**Describe the lien**
Lien

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$57,152.29          Unknown

---

**2.5** | Celtic Bank

Creditor's Name

268 South State Street, Suite 300
Salt Lake City, UT 84111

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Merchant Receivables; all accounts & payment intangibles; Stripe Account and all funds held therein; all business assets

**Describe the lien**
Lien

**Is the creditor an insider or related party?**

■ No

$60,482.50          Unknown

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 5

Debtor    Please & Thank You, LLC
_____    Case number (if known) _____
         Name

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
FRANK LOCATION
**Last 4 digits of account number**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | Chase Auto Finance | **Describe debtor's property that is subject to a lien** | $12,069.31 | $50,000.00 |

Creditor's Name

POB 901076
Fort Worth, TX 76101-2076
Creditor's mailing address

2023 BMW X7
5UX23EM03P9N68108

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | Metropolitan Business Development Corp. | **Describe debtor's property that is subject to a lien** | $85,579.56 | $40,000.00 |

Creditor's Name

Sarah Stewart Ashburner,
Asst. Cty Atty
1st Trust Centre, 200 S. 5 St,
Ste.300N
Louisville, KY 40202
Creditor's mailing address

2022 Airstream Trailer - SBA and Louisville Metro Liens
1SCSMAC11NJ035382

**Describe the lien**
Lien

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**
8-8-2024

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Debtor  Please & Thank You, LLC
        _____
        Name

Case number (if known) _____

---

**2.8** | On Deck Capital Inc
Creditor's Name

**Describe debtor's property that is subject to a lien**
Accounts Receivable / All assets

$471,059.72          $0.00

1400 Broadway
New York, NY 10018
Creditor's mailing address

**Describe the lien**
Lien

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**
1-14-2026

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.9** | Small Business Administration
Creditor's Name

**Describe debtor's property that is subject to a lien**
All assets

$2,092,312.80          $45,190.00

409 3rd Street SW
Washington, DC 20416
Creditor's mailing address

**Describe the lien**
All assets

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**
10-20-2021

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
7804

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.10** | SouthState Bank, N.A.
Creditor's Name

**Describe debtor's property that is subject to a lien**
All assets

$89,682.84          Unknown

1101 First Street South
Winter Haven, FL 33880
Creditor's mailing address

**Describe the lien**
Lien

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**
7-10-2024

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Official Form 206D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page 4 of 5

Debtor  Please & Thank You, LLC
        Name

Case number (if known) _____

**Last 4 digits of account number**
9107

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☒ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $3,055,815.82

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| METCO<br>Attn: James Adames<br>444 S 5th Street, Suite 600<br>Louisville, KY 40202 | Line 2.7 | |
| Office of U.S. Attorney<br>Western District of Kentucky<br>For: Bankruptcy<br>717 West Broadway<br>Louisville, KY 40202 | Line 2.9 | |
| On Deck Capital Inc<br>Attn: Director of Operations<br>4700 W. Daybreak Pkwy, Suite 200<br>South Jordan, UT 84009 | Line 2.8 | |
| U.S. Small Business Administration<br>Tennessee District Office<br>2 International Plaza, Ste. 500<br>Nashville, TN 37217-2002 | Line 2.9 | |

**Fill in this information to identify the case:**

Debtor name        Please & Thank You, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF KENTUCKY

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
415 Partners LLC
415 East Market Street
Louisville, KY 40202

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

**Amount of claim: $25,000.00**

---

**3.2** | **Nonpriority creditor's name and mailing address**
Aaron Wilder
1024 Rollingwood Ln
Goshen, KY 40026

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

**Amount of claim: $250.00**

---

**3.3** | **Nonpriority creditor's name and mailing address**
Abby Long
1251 S Clay St
Louisville, KY 40203

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

**Amount of claim: $250.00**

---

**3.4** | **Nonpriority creditor's name and mailing address**
Addy Free
3001 E Franklin Ave
Minneapolis, MN 55406

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

**Amount of claim: $1,000.00**

---

26018

Debtor   Please & Thank You, LLC                          Case number (if known) _____
         Name

---

3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $450.00
Alan Lipscomb
1175 Jones Farm Rd
Mount Ulla, NC 28125

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,000.00
Albert C Lee
347 Pantano Dr
Saint Augustine, FL 32095

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $500.00
Alex Pepper
358 Pembroke Way
Campbellsville, KY 42718

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $500.00
Alex Whittenburg
2108 Baringer Ave
Louisville, KY 40204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $100.00
Alexander Mulhall
205 Glenbrook Court
Frankfort, KY 40601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $100.00
Alexander Palazzo
53 Kentland Avenue
Providence, RI 02904

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $25,000.00
Alexander Thomas
3721 Warner Avenue
Louisville, KY 40207

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 2 of 39

Debtor    Please & Thank You, LLC
        Name

Case number (if known)

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,500.00 |
|---|---|---|---|

Alisha Torres
1402 Voltaire Street
Deltona, FL 32725

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

Allendra Letsome
3905 Beechwood Road
Hyattsville, MD 20782

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

Allison White
21345 Orange Ave
Castro Valley, CA 94546

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

Alton Buzzell
1230 Stage Road
Etna, ME 04434

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,500.00 |
|---|---|---|---|

Amanda Abel
119 State Street
Louisville, KY 40206

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,500.00 |
|---|---|---|---|

Amelia Keller
1064 Union Street
Manchester, NH 03104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

Amy Real Coultas
502 Bauer Ave
Louisville, KY 40207

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     Please & Thank You, LLC                          Case number (if known) _____
           Name

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.00 |

Anders Frihed Hedegaard Christensen
33 Borresvej
Risskov 08240
DENMARK

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | | $5,000.00 |

Andrew Cornelius
215A 81st Street
Virginia Beach, VA 23451

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | | $250.00 |

Andrew Hempfling
6001 Hickory Tree Rd
Louisville, KY 40291

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | | $500.00 |

Aneesh Saxena
422B Moore Avenue
Nashville, TN 37203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | | $10,000.00 |

Angela Hedger
390 Stovall St, SE Unit 2014
Atlanta, GA 30316

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | | $100.00 |

Anita Moore
132 Sea Breeze Dr
Aransas Pass, TX 78336

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | | $500.00 |

Anne Davison Panofsky
8313 Raintree Cir
Culver City, CA 90230

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   Please & Thank You, LLC                               Case number (if known) _____
    Name

---

**3.26** **Nonpriority creditor's name and mailing address**

Ariyana West
4180 Cherry St
Zachary, LA 70791

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.27** **Nonpriority creditor's name and mailing address**

Arjun Joseph Dhir
807 Celosia
San Antonio, TX 78245

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

$110.00

---

**3.28** **Nonpriority creditor's name and mailing address**

Arpita Lakhotia
2411 Rudy Lane
Louisville, KY 40207

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

$1,000.00

---

**3.29** **Nonpriority creditor's name and mailing address**

Ashley Summer Auerbach
1513 Rosewood Ave
Louisville, KY 40204

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

$7,500.00

---

**3.30** **Nonpriority creditor's name and mailing address**

Ashley Weis
808 E Washington St
Louisville, KY 40206

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

$1,000.00

---

**3.31** **Nonpriority creditor's name and mailing address**

AV RCP LP
2320 Ash Avenue
Louisville, KY 40245

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

$200,000.00

---

**3.32** **Nonpriority creditor's name and mailing address**

Axel Olivella
Av Alsonso Reyes 21
Ciudad Santa Caterina Nueva Levon 66196
MEXICO

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

Debtor    Please & Thank You, LLC
_____
Name

Case number (if known)
_____

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100.00 |
|---|---|---|---|

Bailey Helmel
300 Solitude Road
Coxs Creek, KY 40013

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $57,869.03 |
|---|---|---|---|

Bank of America
PO Box 660441
Dallas, TX 75266-0441

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 9747

**Basis for the claim:** Credit card

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,000.00 |
|---|---|---|---|

Benjamin Alexander
1216 Sorolla Ave
Miami, FL 33134

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,000.00 |
|---|---|---|---|

Beth S C Hen
54 Eagle Rd
Marlboro, NJ 07746-1818

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,000.00 |
|---|---|---|---|

Beverly Koenig
2800 Thistlewood Dr
Louisville, KY 40206

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100.00 |
|---|---|---|---|

Breck Peabody
63 Crosby St
Arlington, MA 02474

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100.00 |
|---|---|---|---|

Brian Lemke
1025 Forest Road
La Grange Park, IL 60526

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 6 of 39

Debtor   Please & Thank You, LLC
_____
Name

Case number (if known)   _____

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,100.00 |
|---|---|---|---|
| | Brooke Vaughn<br>1065 S Race Street<br>Denver, CO 80209 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Money Loaned - WeFunder | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|
| | Bruce C Sperry<br>367 Avenida Casstilla Unit D<br>Laguna Woods, CA 92637 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Money Loaned - WeFunder | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|
| | Bryce Butler | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Money Loaned - WeFunder | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|
| | Cade Joiner<br>3901 Byrnwyck Pl NE<br>Atlanta, GA 30319 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Money Loaned - WeFunder | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|
| | Cameron Cousins<br>3703 Tan Bark Ct<br>Louisville, KY 40220 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Money Loaned - WeFunder | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|
| | Camille Mason<br>7019 Village Gate Trace<br>Louisville, KY 40291 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Money Loaned - WeFunder | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,458.33 |
|---|---|---|---|
| | Capital One Business Spark Cash<br>PO Box 60519<br>City of Industry, CA 91716-0519 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Credit card | |
| | Last 4 digits of account number  8548 | Is the claim subject to offset? ■ No ☐ Yes | |

Official Form 206 E/F   Schedule E/F: Creditors Who Have Unsecured Claims   Page 7 of 39

Debtor   __Please & Thank You, LLC_____     Case number (if known) _____
                 Name

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $54,454.91 |
|---|---|---|---|

Capital One Business Spark Cash Plus
PO Box 60519
City of Industry, CA 91716-0519

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Credit card_

**Last 4 digits of account number**  4906

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $250.00 |
|---|---|---|---|

Carri Francis
8510 Ambrosse Lane Unit 102
Louisville, KY 40299

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Money Loaned - WeFunder_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100.00 |
|---|---|---|---|

Catherine Yamuth
PO Box 425
Harrods Creek, KY 40027

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Money Loaned - WeFunder_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100.00 |
|---|---|---|---|

Charles Sellman
7843 Vernon Avenue
Nottingham, MD 21236

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Money Loaned - WeFunder_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,000.00 |
|---|---|---|---|

Charley Miller
238 Pennsylvania Ave
Louisville, KY 40206

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Money Loaned - WeFunder_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $53,725.39 |
|---|---|---|---|

Chase Ink
PO Box 6294
Carol Stream, IL 60197-6294

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Credit Card_

**Last 4 digits of account number**  0071

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $44,363.46 |
|---|---|---|---|

Chase Ink
PO Box 6294
Carol Stream, IL 60197-6294

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number**  4614

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   Please & Thank You, LLC                          Case number (if known) _____
         _____
         Name

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11,925.38 |

Chase Southwest Rapid Rewards Card
Cardmember Service
PO Box 6294
Carol Stream, IL 60197-6294

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Credit card

**Last 4 digits of account number**  8982

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100.00 |

Cheers VC
71-75 Shelton Street
London WC2H9JQ
ENGLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Money Loaned - WeFunder

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $150.00 |

Chinedu Ogbonna
2 Kali Way
Haverhill, MA 01835

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Money Loaned - WeFunder

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $500.00 |

Chris Bleakley
1103 Baldwin Lane
Waxhaw, NC 28173

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Money Loaned - WeFunder

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $500.00 |

Chris Gahl
12916 Andover Drive
Carmel, IN 46033

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Money Loaned - WeFunder

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100.00 |

Chris Mouradian
W204 S10526 Victoria Dr
Muskego, WI 53150

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Money Loaned - WeFunder

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $500.00 |

Christina Mazzoli
6803 Cameron Dr NW #107
Washington, DC 20012

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Money Loaned - WeFunder

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page  9 of 39

Debtor    Please & Thank You, LLC                                    Case number (if known) _____
          _____
          Name

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $250.00 |

Christine Redmon
3653 Kelly Way
Louisville, KY 40220

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,500.00 |

Christopher Veal
12025 Running Creek Road
Louisville, KY 40243

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $250.00 |

Chuck Slaughter
1309 E. Breckinridge Street
Louisville, KY 40204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $200.00 |

Cindy Brindley
201 Breckenridge Court
Florence, AL 35630

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100.00 |

Clinton Cecil
124 Nipper Court
Shepherdsville, KY 40165

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $500.00 |

Cody Tyler
1234 Black Oak Cir
Greenwood, IN 46143

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,000.00 |

Cole Bahakel
5779 Kugler Mill Road
Cincinnati, OH 45236

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   Please & Thank You, LLC                                    Case number (if known)
              Name

| | |
|---|---|

**3.68**
**Nonpriority creditor's name and mailing address**

Corey Anderson
1212 N 575 W
Clearfield, UT 84015

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

$500.00

---

**3.69**
**Nonpriority creditor's name and mailing address**

Costco Anywhere Visa Citi Card
PO Box 6056
Carol Stream, IL 60197-6056

**Date(s) debt was incurred** _
**Last 4 digits of account number**  2351

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit card

Is the claim subject to offset? ■ No  ☐ Yes

$39,356.37

---

**3.70**
**Nonpriority creditor's name and mailing address**

Crystal Brooks
7718 Island Club Dr, Apt H
Indianapolis, IN 46214

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

$100.00

---

**3.71**
**Nonpriority creditor's name and mailing address**

Dana Dilks
7657 S Ida
Haysville, KS 67060

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

$100.00

---

**3.72**
**Nonpriority creditor's name and mailing address**

Daniel Coffman
14206 Harbour Pl
Prospect, KY 40059

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

$250.00

---

**3.73**
**Nonpriority creditor's name and mailing address**

Daniel Killilea
2105 Via Madonna
Carrollton, TX 75006

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

**3.74**
**Nonpriority creditor's name and mailing address**

Danielle Gillihan
10975 Stratford Way
Fishers, IN 46038

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

$1,000.00

---

Debtor    Please & Thank You, LLC
          _____
          Name

Case number (if known) _____

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $500.00 |
|---|---|---|---|

Dariana Francois
104-04 218 Place
Queens Village, NY 11429

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,000.00 |
|---|---|---|---|

David Russell Desjardins
1334 Castlewood Ave
Louisville, KY 40204

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100.00 |
|---|---|---|---|

David Soendker
2514 Frankfort Ave #5
Louisville, KY 40206

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100.00 |
|---|---|---|---|

David Vu
1620 NE Northwood Dr., #104
Pullman, WA 99163

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $15,100.00 |
|---|---|---|---|

Debbie Vaughn Diedrich
19730 Cordova Street
Westfield, IN 46074

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $500.00 |
|---|---|---|---|

Deepa Mokshagundam
1615 S 11th St
Saint Louis, MO 63104

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $250.00 |
|---|---|---|---|

Del DeMao
2535 Wernle Rd
Richmond, IN 47374

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   Please & Thank You, LLC
     Name

Case number (if known) _____

| | |
|---|---|
| **3.82** | |

**Nonpriority creditor's name and mailing address**
Delia O'Malley
18515 22nd Dr SE
Bothell, WA 98012

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

$100.00

---

**3.83**

**Nonpriority creditor's name and mailing address**
Delphia Taylor
11907 Lilac Way
Louisville, KY 40243

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

$500.00

---

**3.84**

**Nonpriority creditor's name and mailing address**
Devon Callaghan
1264 Bassett Ave
Louisville, KY 40204

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

$250.00

---

**3.85**

**Nonpriority creditor's name and mailing address**
Donald Clay McFadden
13635 Hunters Ridge Ct
Prospect, KY 40059

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

$500.00

---

**3.86**

**Nonpriority creditor's name and mailing address**
Donna Collins
3025 Eleanor Avenue
Louisville, KY 40205-2905

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

$250.00

---

**3.87**

**Nonpriority creditor's name and mailing address**
Doug Cappello
20 Innisbrook Dr
Pelham, NH 03076

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

$100.00

---

**3.88**

**Nonpriority creditor's name and mailing address**
Doug U'Sellis
2632 McCoy Way
Louisville, KY 40205

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

$1,000.00

---

Debtor    Please & Thank You, LLC                                          Case number (if known) _____
          _____
          Name

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $500.00 |
|------|---|---|---|

Dustin Cantrell
1911 Elmore St
Louisville, KY 40216

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $500.00 |
|------|---|---|---|

Dustin Fox
173 Ardmore Highway
Fayetteville, TN 37334

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,000.00 |
|------|---|---|---|

E.N.
Polocko g. 13 14
Vilnius 1204
LITUANIA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $750.00 |
|------|---|---|---|

Edward Kosbab
3255 Riverview Dr
Fairbanks, AK 99709

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $250.00 |
|------|---|---|---|

Edward Sung
6-5-2-1902 Shirokane Minato-ku
Tokyo 108-0072
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $250.00 |
|------|---|---|---|

Edwin Keith Ratledge
164 Mohawk Street
Dearborn, MI 48124

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100.00 |
|------|---|---|---|

Emilio Bogantes
Tranquilino Aienzo Flores Heredia
40101
COSTA RICA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    Please & Thank You, LLC
        Name

Case number (if known) _____

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,000.00 |
|---|---|---|---|

Eric Marshall
2637 16th Avenue
Rice Lake, WI 54868

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $250.00 |
|---|---|---|---|

Erika Huerta-Garlington
PSC 2 Box 7684
APO
 AE 09012

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $250.00 |
|---|---|---|---|

Erin Jones
2204 Alta Ave
Louisville, KY 40205

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,000.00 |
|---|---|---|---|

Evan Ray
103 Hillcrest Avenue
Louisville, KY 40206

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $500.00 |
|---|---|---|---|

Gary Charles Gulbin
12490 Cherry Grove St
Moorpark, CA 93021

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $250.00 |
|---|---|---|---|

Genevieve Riccardelli
104 York Street Apt 4
Jersey City, NJ 07302

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100.00 |
|---|---|---|---|

George Turkette
310 Lincoln Street
Indianapolis, IN 46225

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    Please & Thank You, LLC                                      Case number (if known) _____
_____
Name

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100.00 |

Gerald Howell
5100 Green Cove Circle
Louisville, KY 40218

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $300.00 |

Geran Thur
2421 Glenmary Ave
Louisville, KY 40204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $250.00 |

Grechen McGinn
1525 W Ardmore Ave
Chicago, IL 60660

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $500.00 |

Harrison Kirby
2118 Lakeside Dr
Louisville, KY 40205

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100.00 |

Harry Jameson
6126 Forest Lane
East Stroudsburg, PA 18302

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100.00 |

Harry Rothgerber
3718 Hillsboro Rd
Louisville, KY 40207

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $250.00 |

Homer Hanna
PO Box 8661
Charleston, WV 25303

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor      Please & Thank You, LLC
            _____
            Name

Case number (if known)      _____

---

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100.00 |
|---|---|---|---|

Jackie Glass
7008 Quail Brace Ct
Louisville, KY 40241

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $25,000.00 |
|---|---|---|---|

Jaclyn Journey
2627 Valletta Road
Louisville, KY 40205

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $500.00 |
|---|---|---|---|

Jaewoo Park
14 Crestwood
Irvine, CA 92620

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,000.00 |
|---|---|---|---|

Jake Budler
2218 East 12th Street
Indianapolis, IN 46201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100.00 |
|---|---|---|---|

Jake Burns
200 West Liberty St
Louisville, KY 40202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,000.00 |
|---|---|---|---|

James Berkel
4560 North Tierra Alta Drive
Tucson, AZ 85749

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $250.00 |
|---|---|---|---|

James Marshall
4 Crescent Rd Unit A
Greenbelt, MD 20770

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    Please & Thank You, LLC                                            Case number (if known) _____
          Name

| | |
|---|---|
| **3.117** | **Nonpriority creditor's name and mailing address** |

3.117 **Nonpriority creditor's name and mailing address**
James Payne
1326 Hepburn Avenue
Louisville, KY 40204

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

$250.00

---

3.118 **Nonpriority creditor's name and mailing address**
James Peter Aldrich
165 E Sterns Rd
Bartlett, IL 60103

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

$250.00

---

3.119 **Nonpriority creditor's name and mailing address**
Jamie Grabert
106 Holly Oak Lane
Alameda, CA 94502

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

$250.00

---

3.120 **Nonpriority creditor's name and mailing address**
Jamie King
10645 Meeting St
Prospect, KY 40059

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

$100.00

---

3.121 **Nonpriority creditor's name and mailing address**
Jane Atterbury Morgan
513 N Myrtle Dr
Myrtle Beach, SC 29575

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

$7,000.00

---

3.122 **Nonpriority creditor's name and mailing address**
Janet Gough
3264 Tavolara
Naples, FL 34114

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

$500.00

---

3.123 **Nonpriority creditor's name and mailing address**
Jason J Fink
12941 E Cochise Rd
Scottsdale, AZ 85259

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

$150.00

---

Debtor    Please & Thank You, LLC

Case number (if known)

_____

Name

---

**3.124**  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,000.00

Jason Pierce
2341 Frankfort Ave
Louisville, KY 40206

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.125**  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $250.00

Jason Roach
1222 E Divot Dr
Tempe, AZ 85283

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.126**  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,500.00

Jennifer Hallowell
6919 Royal Oakland Drive
Indianapolis, IN 46236

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.127**  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,000.00

Jennifer Patterson
4093 Elmwood Avenue
Louisville, KY 40207

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.128**  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $500.00

Jess Brito
2560 Fox Valley Pl
Indianapolis, IN 46268

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.129**  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100.00

Jessica Farquhar
611 Wallace Ave
Louisville, KY 40207

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.130**  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $250.00

Jessica Hutson
3500 S Barnes Ave
Springfield, MO 65804

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   Please & Thank You, LLC
      Name

Case number (if known) _____

---

**3.131** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $250.00
Jessica Peters
1618 Arlington Ave
Louisville, KY 40206

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100.00
John Owen
4020 Blue Banks Ln
Bradenton, FL 34208

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $200.00
John T
4372 West 66th Street
Cleveland, OH 44144

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

**3.134** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,000.00
Jon Salomon
2323 Bonnycastle Ave
Louisville, KY 40205

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $250.00
Jonathan Macy
333 South Meadowbrook Drive
Bloomington, IN 47401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

**3.136** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $500.00
Jonathan Vo Nguyen
PSC 80 Box 12579
APO, AP 96367

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

**3.137** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,000.00
Joseph Francis
261 Quigley Blvd, Suite 10
New Castle, DE 19720

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    Please & Thank You, LLC                                    Case number (if known)  _____
          Name

| 3.138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100.00 |
|---|---|---|---|

Joseph Reese
1231 NE Martin Luther King Jr Blvd, #536
Portland, OR 97232

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100.00 |
|---|---|---|---|

Josh Rose
2231 S Shelby St
Louisville, KY 40217

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $200.00 |
|---|---|---|---|

Julie Rakowski
13003 Honeysuckle Way
Prospect, KY 40059

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $500.00 |
|---|---|---|---|

Justin Renfro
2878 Collier Ave
San Diego, CA 92116

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $200.00 |
|---|---|---|---|

Kami Jenkins
939 Ellison Ave
Louisville, KY 40204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,500.00 |
|---|---|---|---|

Kandi Clark
14747 N. Northsight Blvd 111-126
Scottsdale, AZ 85260-2581

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100.00 |
|---|---|---|---|

Kappie Farrington
1075 Hooper Station Rd
Shelbyville, KY 40065

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor __Please & Thank You, LLC__                                    Case number (if known) _____
          Name

| 3.145 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,000.00 |

Kat De Mancinas
429 Wild Fern Ln
Reidsville, NC 27320

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Money Loaned - WeFunder_

Is the claim subject to offset? ■ No  ☐ Yes

| 3.146 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,500.00 |

Kathryn Vaughn
8 Pin Oak Ln
Louisville, KY 40207

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Money Loaned - WeFunder_

Is the claim subject to offset? ■ No  ☐ Yes

| 3.147 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100.00 |

Kelly Kussmaul
1714 Gray Street
Geneva, IL 60134

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Money Loaned - WeFunder_

Is the claim subject to offset? ■ No  ☐ Yes

| 3.148 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,000.00 |

Kenneth McKiernan
1229 Northwest 40th Terrace
Gainesville, FL 32605

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Money Loaned - WeFunder_

Is the claim subject to offset? ■ No  ☐ Yes

| 3.149 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $500.00 |

Kevin Andres
2775 Canal Ln
Georgetown, IN 47122

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Money Loaned - WeFunder_

Is the claim subject to offset? ■ No  ☐ Yes

| 3.150 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,000.00 |

Kevin Hart
14110 Willow Grove Way
Louisville, KY 40245

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Money Loaned - WeFunder_

Is the claim subject to offset? ■ No  ☐ Yes

| 3.151 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,000.00 |

Kevin Kollock
415 Clark Drive
Bradenton Beach, FL 34217

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Money Loaned - WeFunder_

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    Please & Thank You, LLC                                    Case number (if known)  _____
          _____
          Name

| 3.152 | **Nonpriority creditor's name and mailing address**<br>Key Source Properties<br>743 E Broadway, Ste 224<br>Louisville, KY 40202 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,000.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** <u>Money Loaned - WeFunder</u><br><br>Is the claim subject to offset?  ■ No  ☐ Yes | |
| 3.153 | **Nonpriority creditor's name and mailing address**<br>Kim Hales<br>4707 Kitty Hawk Way<br>Louisville, KY 40207 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $500.00 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** <u>Money Loaned - WeFunder</u><br><br>Is the claim subject to offset?  ■ No  ☐ Yes | |
| 3.154 | **Nonpriority creditor's name and mailing address**<br>Kristen Miller<br>3310 Trinity Rd<br>Louisville, KY 40206 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $100.00 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** <u>Money Loaned - WeFunder</u><br><br>Is the claim subject to offset?  ■ No  ☐ Yes | |
| 3.155 | **Nonpriority creditor's name and mailing address**<br>Kristin Aaker<br>576 Gilpin St<br>Denver, CO 80218 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $100.00 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** <u>Money Loaned - WeFunder</u><br><br>Is the claim subject to offset?  ■ No  ☐ Yes | |
| 3.156 | **Nonpriority creditor's name and mailing address**<br>Kyle Walker Consulting, LLC<br>6919 Royal Oakland Drive<br>Indianapolis, IN 46236 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,000.00 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** <u>Money Loaned - WeFunder</u><br><br>Is the claim subject to offset?  ■ No  ☐ Yes | |
| 3.157 | **Nonpriority creditor's name and mailing address**<br>Lakisha Gayden<br>14607 Hampshire Hall Court<br>Upper Marlboro, MD 20772 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,000.00 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** <u>Money Loaned - WeFunder</u><br><br>Is the claim subject to offset?  ■ No  ☐ Yes | |
| 3.158 | **Nonpriority creditor's name and mailing address**<br>Lance R. Mann<br>102 County Lane<br>Georgetown, KY 40324 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $600.00 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** <u>Money Loaned - WeFunder</u><br><br>Is the claim subject to offset?  ■ No  ☐ Yes | |

Debtor    Please & Thank You, LLC
                Name
Case number (if known) _____

| | |
|---|---|
| **3.159** | **Nonpriority creditor's name and mailing address** |

Larry Horn
3711 Quail Hollow Ct
Louisville, KY 40241

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

$250.00

---

**3.160   Nonpriority creditor's name and mailing address**

Laurence D Pearl
905 East Capitol Street Southeast
Washington, DC 20003

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

**3.161   Nonpriority creditor's name and mailing address**

LeAnne Nieters
211 Woodcleft Rd
Louisville, KY 40222

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

$500.00

---

**3.162   Nonpriority creditor's name and mailing address**

Liam Bonner
963 Woodruff Pl W Dr
Indianapolis, IN 46201

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.163   Nonpriority creditor's name and mailing address**

Liz Hinton
3500 W Mount Zion Rd
Crestwood, KY 40014

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

$250.00

---

**3.164   Nonpriority creditor's name and mailing address**

Lori Beck
1328 Lexington Road
Louisville, KY 40204

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

$10,000.00

---

**3.165   Nonpriority creditor's name and mailing address**

Lorna Prophater
1911 Overlook Terrace
Louisville, KY 40205

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

$100.00

Debtor   Please & Thank You, LLC                                    Case number (if known) _____
         _____
         Name

| 3.166 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100.00 |
|---|---|---|---|

Lystra Baptiste
2168 Rue des Becs-Scie
Vaudreuil-Dorion, Montreal J7V9S3
CANANDA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Money Loaned - WeFunder

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,000.00 |
|---|---|---|---|

Madge Roshkowski
6908 Windham Pkwy
Prospect, KY 40059

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Money Loaned - WeFunder

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $200.00 |
|---|---|---|---|

Marcie Grambeau
5165 Hellner Road
Ann Arbor, MI 48105

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Money Loaned - WeFunder

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,000.00 |
|---|---|---|---|

Maria Duaime Robinson
560 Edgell Road
Framingham, MA 01701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Money Loaned - WeFunder

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100.00 |
|---|---|---|---|

Marissa Kenemer
1036 Garvin Pl
Louisville, KY 40203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Money Loaned - WeFunder

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $25,000.00 |
|---|---|---|---|

Marissa Thomas
2043 Douglass Boulevard #12
Louisville, KY 40205

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Money Loaned - WeFunder

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100.00 |
|---|---|---|---|

Mark Umbach
24299 Paseo De Valencia
Laguna Woods, CA 92637

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Money Loaned - WeFunder

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    Please & Thank You, LLC                                  Case number (if known)  _____
          _____
          Name

| | | |
|---|---|---|

**3.173** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $500.00

Martin Bechtold
14266 Carlow Run
Westfield, IN 46074

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.174** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,000.00

Matt Hogan
PO Box 534
Germantown, NY 12526

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.175** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,000.00

Matthew Argo
1197 Bella Vista Rd
Bentonville, AR 72712

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.176** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,000.00

Matthew Conliffe
14303 Glensford Place
Louisville, KY 40204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.177** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $250.00

Matthew McDole
1618 Arlington Ave
Louisville, KY 40206

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.178** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $250.00

Megan Nealon
135 Hillside Dr
Maggie Valley, NC 28751

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.179** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,100.00

Melanie Tapp
1328 S Brook Street
Louisville, KY 40208

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Please & Thank You, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.180** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,500.00

Melinda Young
4839 N Winchester Ave
Chicago, IL 60640

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.181** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,000.00

Melissa Hardy
7525 N 875 W
Indianapolis, IN 46259

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.182** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100.00

Melle Reiff (Mr. Cashflow)
Hoofdweg
Amsterdam, NH 1911 PX
NETHERLANDS

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.183** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $250.00

Meredith Clipp Rodriquez
200 Kewanna Drive
Jeffersonville, IN 47130

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.184** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100.00

Michael Gibbs
310 E. Jackson Street
West Unity, OH 43570

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.185** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $400.00

Michael Nordby
401 W Main St
Odin, MN 56160-2001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.186** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100.00

Michael Schulze
215 W Oak Street
Cottage Grove, WI 53527

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No   ☐ Yes

---

Debtor    Please & Thank You, LLC
_____
Name

Case number (if known)
_____

| | | |
|---|---|---|
| **3.187** | **Nonpriority creditor's name and mailing address**<br>Michael Vaughn<br>6717 Harrods View Circle<br>Prospect, KY 40059<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Money Loaned - WeFunder<br><br>Is the claim subject to offset? ■ No ☐ Yes | $5,000.00 |
| **3.188** | **Nonpriority creditor's name and mailing address**<br>Michelle Moore<br>2908 Dartmouth Avenue<br>Louisville, KY 40205<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Money Loaned - WeFunder<br><br>Is the claim subject to offset? ■ No ☐ Yes | $25,000.00 |
| **3.189** | **Nonpriority creditor's name and mailing address**<br>Michelle Raines<br>1309 E 11th Street<br>Indianapolis, IN 46202<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Money Loaned - WeFunder<br><br>Is the claim subject to offset? ■ No ☐ Yes | $2,500.00 |
| **3.190** | **Nonpriority creditor's name and mailing address**<br>Mick Hall<br>PO Box 261<br>Colo, IA 50056<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Money Loaned - WeFunder<br><br>Is the claim subject to offset? ■ No ☐ Yes | $200.00 |
| **3.191** | **Nonpriority creditor's name and mailing address**<br>Mike Sheehy<br>3702 Woodmont Park Ln<br>Louisville, KY 40245<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Money Loaned - WeFunder<br><br>Is the claim subject to offset? ■ No ☐ Yes | $500.00 |
| **3.192** | **Nonpriority creditor's name and mailing address**<br>Mindy Thompson<br>506 N Chestnut St<br>Seymour, IN 47274<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Money Loaned - WeFunder<br><br>Is the claim subject to offset? ■ No ☐ Yes | $2,500.00 |
| **3.193** | **Nonpriority creditor's name and mailing address**<br>Misha Tsozik<br>2203 Mahan Drive<br>Louisville, KY 40299<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Money Loaned - WeFunder<br><br>Is the claim subject to offset? ■ No ☐ Yes | $100.00 |

| Debtor | Please & Thank You, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.194** **Nonpriority creditor's name and mailing address**
Mondray Gee
1042 Oglethorpe Dr
Franklin, TN 37064

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.195** **Nonpriority creditor's name and mailing address**
Monty Rice
131 Bayard Pl
Madison, AL 35758

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

$25,000.00

---

**3.196** **Nonpriority creditor's name and mailing address**
Moustafa Ezzat
118-35 Queens Blvd, Suite 400
Forest Hills, NY 11375

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

$2,500.00

---

**3.197** **Nonpriority creditor's name and mailing address**
Myke Halpin
34-3 Shunpike Rd, #184
Cromwell, CT 06416

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.198** **Nonpriority creditor's name and mailing address**
Nancy O'Byrne
7600 S Darkk Sands Drive
Tucson, AZ 85757-8238

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

$500.00

---

**3.199** **Nonpriority creditor's name and mailing address**
Nathan Kuchta
2010 Baringer Ave
Louisville, KY 40204

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

$1,000.00

---

**3.200** **Nonpriority creditor's name and mailing address**
National Labor Relations Advocates
 312 Walnut Street, Suite 1600
Cincinnati, OH 45202

**Date(s) debt was incurred** 2-9-2026

**Last 4 digits of account number** 1950

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Legal Services

Is the claim subject to offset? ■ No ☐ Yes

$11,296.42

---

Debtor  Please & Thank You, LLC
        Name

Case number (if known) _____

---

**3.201** | **Nonpriority creditor's name and mailing address**
Nicholas Sperl
12 Westwind Road
Louisville, KY 40207

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

$1,000.00

---

**3.202** | **Nonpriority creditor's name and mailing address**
Pacers Basketball LLC
P.O. Box 713646
Cincinnati, OH 45271-3646

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Sponsership Agreements and Contractual Requirements

Is the claim subject to offset? ■ No ☐ Yes

$34,543.69

---

**3.203** | **Nonpriority creditor's name and mailing address**
Paige Hasson
2000 Spring Dr, Unit 104
Louisville, KY 40205

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.204** | **Nonpriority creditor's name and mailing address**
Paige Shank
1723 Payne St
Louisville, KY 40206

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.205** | **Nonpriority creditor's name and mailing address**
Pat Porter
3811 Bayside Cir
Monroe, LA 71201

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.206** | **Nonpriority creditor's name and mailing address**
Patti Mercadante
9332 Garden Springs Ave
Las Vegas, NV 89149

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.207** | **Nonpriority creditor's name and mailing address**
Peter Baptista
10 Country Meadow Drive
Cranston, RI 02921

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

$500.00

---

Debtor    Please & Thank You, LLC
      Name

Case number (if known)  _____

---

**3.208** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,000.00

Peter J Nagle
247 NM-554
PO Box 1321
Abiquiu, NM 87510

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Money Loaned - WeFunder

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.209** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $500.00

Prakash Bhambhani
#2507, JBC4, Cluster N Jumeirah Towers
Dubai
ARE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Money Loaned - WeFunder

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.210** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100.00

Pruthvi Ustepalle
20120 S Danvers Rd
Lynnwood, WA 98036

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Money Loaned - WeFunder

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.211** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $500.00

Rachel Cole
5423 Burford St
San Diego, CA 92111

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Money Loaned - WeFunder

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.212** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,000.00

Rachel Harb
1924 Duker Ave
Louisville, KY 40205

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Money Loaned - WeFunder

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.213** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $500.00

Rachel Klein
4315 N Park Ave
Indianapolis, IN 46205

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Money Loaned - WeFunder

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.214** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100.00

Rachel Zalenski
5591 Bowland Pl N, Unit 404
Dublin, OH 43016

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Money Loaned - WeFunder

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor ___Please & Thank You, LLC_____ Case number (if known) _____
       Name

| 3.215 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $250.00 |

3.215 **Nonpriority creditor's name and mailing address**
Ralph Burkey
9823 Grenfell Way
Louisville, KY 40242

**As of the petition filing date, the claim is:** *Check all that apply.*                         $250.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _Money Loaned - WeFunder_

Is the claim subject to offset? ■ No ☐ Yes

---

3.216 **Nonpriority creditor's name and mailing address**
Randall A Hamerly
7353 Silkwood Lane
Highland, CA 92346

**As of the petition filing date, the claim is:** *Check all that apply.*                         $250.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _Money Loaned - WeFunder_

Is the claim subject to offset? ■ No ☐ Yes

---

3.217 **Nonpriority creditor's name and mailing address**
Renee Y Battle
3168 Wallace Ave
Indianapolis, IN 46218

**As of the petition filing date, the claim is:** *Check all that apply.*                         $500.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _Money Loaned - WeFunder_

Is the claim subject to offset? ■ No ☐ Yes

---

3.218 **Nonpriority creditor's name and mailing address**
Ricky Downs
7201 Apple Mill Dr
Louisville, KY 40228

**As of the petition filing date, the claim is:** *Check all that apply.*                         $100.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _Money Loaned - WeFunder_

Is the claim subject to offset? ■ No ☐ Yes

---

3.219 **Nonpriority creditor's name and mailing address**
Riselwyn Melodias
2531 Maricopa Ave
Richmond, CA 94804

**As of the petition filing date, the claim is:** *Check all that apply.*                         $100.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _Money Loaned - WeFunder_

Is the claim subject to offset? ■ No ☐ Yes

---

3.220 **Nonpriority creditor's name and mailing address**
Robert Bray
14 Bodmin Dr Sprowston
Norwich Norfolk NR78GF
UNITED KINGDOM

**As of the petition filing date, the claim is:** *Check all that apply.*                         $200.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _Money Loaned - WeFunder_

Is the claim subject to offset? ■ No ☐ Yes

---

3.221 **Nonpriority creditor's name and mailing address**
Robert Thurber
1137 E 54th Street
Brooklyn, NY 11234

**As of the petition filing date, the claim is:** *Check all that apply.*                         $100.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _Money Loaned - WeFunder_

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    Please & Thank You, LLC
_____
               Name

Case number (if known)    _____

---

3.222 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $150.00
--- | --- | --- | ---
| Ron Burse Jr | ☐ Contingent |
| 7010 New Bern Ct | ☐ Unliquidated |
| Prospect, KY 40059 | ☐ Disputed |
| **Date(s) debt was incurred** _ | |
| **Last 4 digits of account number** _ | **Basis for the claim:** Money Loaned - WeFunder |
| | Is the claim subject to offset? ■ No ☐ Yes |

3.223 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,000.00
--- | --- | --- | ---
| Russ Rosenband | ☐ Contingent |
| 101 Bedford Ave D601 | ☐ Unliquidated |
| Brooklyn, NY 11211 | ☐ Disputed |
| **Date(s) debt was incurred** _ | |
| **Last 4 digits of account number** _ | **Basis for the claim:** Money Loaned - WeFunder |
| | Is the claim subject to offset? ■ No ☐ Yes |

3.224 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $250.00
--- | --- | --- | ---
| Ruthie Hall | ☐ Contingent |
| 157 N Jame St | ☐ Unliquidated |
| Louisville, KY 40206 | ☐ Disputed |
| **Date(s) debt was incurred** _ | |
| **Last 4 digits of account number** _ | **Basis for the claim:** Money Loaned - WeFunder |
| | Is the claim subject to offset? ■ No ☐ Yes |

3.225 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,000.00
--- | --- | --- | ---
| Ryan Rogers | ☐ Contingent |
| 1637 Windsor Pl | ☐ Unliquidated |
| Louisville, KY 40204 | ☐ Disputed |
| **Date(s) debt was incurred** _ | |
| **Last 4 digits of account number** _ | **Basis for the claim:** Money Loaned - WeFunder |
| | Is the claim subject to offset? ■ No ☐ Yes |

3.226 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,000.00
--- | --- | --- | ---
| Ryan Vaughn | ☐ Contingent |
| 230 W Sycamore St | ☐ Unliquidated |
| Zionsville, IN 46077 | ☐ Disputed |
| **Date(s) debt was incurred** _ | |
| **Last 4 digits of account number** _ | **Basis for the claim:** Money Loaned - WeFunder |
| | Is the claim subject to offset? ■ No ☐ Yes |

3.227 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,000.00
--- | --- | --- | ---
| S M | ☐ Contingent |
| 5737 Hillcrest Rd | ☐ Unliquidated |
| Downers Grove, IL 60516 | ☐ Disputed |
| **Date(s) debt was incurred** _ | |
| **Last 4 digits of account number** _ | **Basis for the claim:** Money Loaned - WeFunder |
| | Is the claim subject to offset? ■ No ☐ Yes |

3.228 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $500.00
--- | --- | --- | ---
| Samantha Kimbrough | ☐ Contingent |
| 6422 Malcolm Dr | ☐ Unliquidated |
| Dallas, TX 75214 | ☐ Disputed |
| **Date(s) debt was incurred** _ | |
| **Last 4 digits of account number** _ | **Basis for the claim:** Money Loaned - WeFunder |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

Debtor  Please & Thank You, LLC
Name

Case number (if known) _____

---

**3.229** | **Nonpriority creditor's name and mailing address**
Samuel Oslund
3288 21st Street
San Francisco, CA 94110

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

$2,500.00

---

**3.230** | **Nonpriority creditor's name and mailing address**
Sanchalita Chatterjee
80 N McQueen Rd, Apt 2019
Gilbert, AZ 85233

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

$500.00

---

**3.231** | **Nonpriority creditor's name and mailing address**
Saniya Sami
726 Indian Ridge Rd
Louisville, KY 40207

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

$2,500.00

---

**3.232** | **Nonpriority creditor's name and mailing address**
Scott Romer
325 Lochwood Terrace
Decatur, GA 30030

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.233** | **Nonpriority creditor's name and mailing address**
Sean Dotson
171 S Fair Oaks Ave, Unit 242
Madison, WI 53704

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

$500.00

---

**3.234** | **Nonpriority creditor's name and mailing address**
Sean Higgins
6704 Greenlawn Rd
Louisville, KY 40222

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

$6,000.00

---

**3.235** | **Nonpriority creditor's name and mailing address**
Shabbir Malbari
18823 Harbor Key Circle
Houston, TX 77084

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

Debtor    Please & Thank You, LLC                                  Case number (if known)   _____
_____
Name

| 3.236 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,500.00 |
|---|---|---|---|

Shannon Custard
15176 Lakeshore Dr
Vandalia, MI 49095

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

| 3.237 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100.00 |
|---|---|---|---|

Shannon Kolbe
3208 Sun Dew Drive
Jeffersonville, IN 47130

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

| 3.238 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,000.00 |
|---|---|---|---|

Shavita L Rice
PO Box 1063
Huntsville, AL 35807

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

| 3.239 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100.00 |
|---|---|---|---|

Shayan Kamal
2256 Park Centre Drive 209
Denver, CO 80234

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

| 3.240 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100.00 |
|---|---|---|---|

Sheila M Martin
2100 Carabiner Way
Louisville, KY 40245

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

| 3.241 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100.00 |
|---|---|---|---|

Sheila Stoke
7906 Westover Dr
Prospect, KY 40059

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

| 3.242 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $500.00 |
|---|---|---|---|

Shelly Fournier
80 Maple St Apt A
Easthampton, MA 01027

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

Debtor   Please & Thank You, LLC
_____
Name

Case number (if known)   _____

---

| 3.243 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100.00 |

Shiny Liu
43-10 Chescent St, Apt 3004
Long Island City, NY 11101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $250.00 |

Shoaib Mohiuddin
2702 Painted Sunrise Trail
Houston, TX 77045

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,000.00 |

Stephanie Tittle
5607 Greenhaven Lane
Goshen, KY 40026

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,000.00 |

Stephen Barnes
30 Creekline Drive
Roswell, GA 30076

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100.00 |

Steve Hall
10025 West Wind Drive
Greenville, IN 47124

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,500.00 |

Steve Paradis
2901 N Buckeye Ln
Goshen, KY 40026

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,000.00 |

Supreet Kaur
2901 NE 1st Ave Apt 1609
Miami, FL 33137

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    Please & Thank You, LLC
        Name

Case number (if known) _____

| 3.250 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,000.00 |
|---|---|---|---|

Susan R Sullivan
45875 Grant Court, Unit 22
Macomb, MI 48044

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $33,513.06 |
|---|---|---|---|

Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Legal Services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $250.00 |
|---|---|---|---|

Tami Moyher
3253 La Canada Dr Apt 1
Shingle Springs, CA 95682

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,500.00 |
|---|---|---|---|

Taylor Jones
2101 W 73rd Ave
Denver, CO 80221

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $500.00 |
|---|---|---|---|

Terri Parker
9779 S Alta View Cir
Sandy, UT 84070

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,250.00 |
|---|---|---|---|

Tess Funke Bunnell
6939 Russet Dr
Plainfield, IN 46168

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $500.00 |
|---|---|---|---|

The Group Entertainment
2530 Ransdell Ave
Louisville, KY 40204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   Please & Thank You, LLC
         _____                    Case number (if known) _____
         Name

| | |
|---|---|
| **3.257** | |

**Nonpriority creditor's name and mailing address**

Thierry Van Leuvan
2370 Twain Court
Fairfield, CA 94533

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.258** **Nonpriority creditor's name and mailing address**

Thornhill Trading LLC
183 N 3rd St
Eagle Lake, FL 33839

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.259** **Nonpriority creditor's name and mailing address**

Tracye Thompson
4203 Wine Cellar Ct
Louisville, KY 40272

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

$250.00

---

**3.260** **Nonpriority creditor's name and mailing address**

Usama Ibrahim
680 S Federal St
Chicago, IL 60605

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

$250.00

---

**3.261** **Nonpriority creditor's name and mailing address**

Uzoma Nwabara
3110 W Belle Plaine Ave, Apt 2
Chicago, IL 60618

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.262** **Nonpriority creditor's name and mailing address**

Van Tran
1614 8th Avenue
Oakland, CA 94606

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.263** **Nonpriority creditor's name and mailing address**

West Lou Coffee, LLC
1821R W Broadway
Louisville, KY 40203

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned - WeFunder

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

Debtor  Please & Thank You, LLC
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.264 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $1,000.00 |

Will Greene
217 Sequoya Rd
Louisville, KY 40207

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Money Loaned - WeFunder

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.265 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $100.00 |

William Thornhill
183 N 3rd St
Eagle Lake, FL 33839

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Money Loaned - WeFunder

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.266 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $2,500.00 |

Zach Hensley
7000 Clore Ln
Crestwood, KY 40014

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Money Loaned - WeFunder

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.267 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $1,000.00 |

Zahra Curtin
750 Columbus Ave, Apt 3T
New York, NY 10025

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Money Loaned - WeFunder

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.268 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $250.00 |

Zara Otamias
4 Indian Rock Rd
Haverhill, MA 01832

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Money Loaned - WeFunder

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 996,916.04 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 996,916.04 |

**Fill in this information to identify the case:**

Debtor name ___Please & Thank You, LLC___

United States Bankruptcy Court for the: ___WESTERN DISTRICT OF KENTUCKY___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease: 800 E Market St, Louisville KY 40206 | |
| State the term remaining | Monthly: $4,101.91 7-31-2027 | 800 Block LLC Dr Praveen V. Arla, M.D. 1432 Cherokee Rd Louisville, KY 40204 |
| List the contract number of any government contract | | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | Service Contract for 5 locations - 36 month Contract | |
| State the term remaining | Monthly | Alsco Uniforms 711 E. Vermont Street Indianapolis, IN 46202 |
| List the contract number of any government contract | | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | Sponsorship Elements Agreement Monthly: $10,400.00 | |
| State the term remaining | | Fever Basketball, LLC 125 S. Pennsylvania Street Attn: General Counsel Indianapolis, IN 46204 |
| List the contract number of any government contract | | |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease: 2341 Frankfort Ave., Louisville, KY 40206 | |
| State the term remaining | $4,000 Monthly 1-1-2027 | Fitz Shultze 849 South 6th Street Louisville, KY 40203 |
| List the contract number of any government contract | | |

Debtor 1  Please & Thank You, LLC

First Name          Middle Name          Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest

Monthly Contract for Dough Depositor

Equipment Value: $140,889.79

State the term remaining — Monthly: $5,000 Monthly

List the contract number of any government contract

FME Food Machinery Engineering Ltd
19158 94th Ave.
Surrey, B.C. V4N4X8

**2.6.** State what the contract or lease is for and the nature of the debtor's interest

Commercial Lease: 231 North 17th Street, Louisville, KY 40203

Monthly: $2,000.00

State the term remaining

List the contract number of any government contract

Habitat for Humanity for Metro Louisville Inc.
1620 Bank Street
Louisville, KY 40203

**2.7.** State what the contract or lease is for and the nature of the debtor's interest

Sponsership Elements Agreement

Monthly: $14,600

State the term remaining

List the contract number of any government contract

Pacers Basketball, LLC
125 S. Pennsylvania Street
Indianapolis, IN 46204

**2.8.** State what the contract or lease is for and the nature of the debtor's interest

Lease on Penske Refrigerated Truck Lease, $2,469.28 through 2028

State the term remaining — 2028

List the contract number of any government contract

Penske Truck Leasing Co., LP
2675 Morgantown Road
Reading, PA 19607

**2.9.** State what the contract or lease is for and the nature of the debtor's interest

Commercial Lease: 9561 US Highway 42, Suite B, Prospect, KY 40059

State the term remaining — 8-22-2029

List the contract number of any government contract

Publix Super Markets, Inc.
PO Box 32010
Lakeland, FL 33802-0407

| Debtor 1 | Please & Thank You, LLC | | | Case number (*if known*) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.10.** State what the contract or lease is for and the nature of the debtor's interest — Commercial Lease: 2908 East 6th Ave.Denver, CO 80206

State the term remaining — Monthly: $3,656.36 2-1-2036

List the contract number of any government contract — The Marwan A. Jalili Rev. Living Trust
Mazin Jalili, Trustee
22 Beacon Hill Lane
Englewood, CO 80111

**2.11.** State what the contract or lease is for and the nature of the debtor's interest — Lease for services in Colorado; $327.77 per month

State the term remaining — 2 years

List the contract number of any government contract — Waste Management
3600 E 48th Ave
Denver, CO 80216

**Fill in this information to identify the case:**

Debtor name    Please & Thank You, LLC

United States Bankruptcy Court for the:   WESTERN DISTRICT OF KENTUCKY

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Brooke Vaughn | | Bluevine Capital Inc. | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | Brooke Vaughn | | SouthState Bank, N.A. | ■ D __2.10__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | Brooke Vaughn | | Small Business Administration | ■ D __2.9__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | Brooke Vaughn | 2341 Frankfort Ave <br> Louisville, KY 40206 | On Deck Capital Inc | ■ D __2.8__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | Brooke Vaughn | 2341 Frankfort Avenue <br> Louisville, KY 40206 | The Marwan A. Jalili Rev. Living Trust | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.10__ |

Debtor    Please & Thank You, LLC                                    Case number *(if known)*

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                                    *Column 2:* **Creditor**

**Fill in this information to identify the case:**

Debtor name     Please & Thank You, LLC

United States Bankruptcy Court for the:     WESTERN DISTRICT OF KENTUCKY

Case number (if known)     _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1.  **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| From the beginning of the fiscal year to filing date:<br>From  1/01/2026 to Filing Date | ■ Operating a business<br>☐ Other  _____ | $1,143,036.77 |
| For prior year:<br>From  1/01/2025 to 12/31/2025 | ■ Operating a business<br>☐ Other  _____ | $3,978,650.00 |
| For year before that:<br>From  1/01/2024 to 12/31/2024 | ■ Operating a business<br>☐ Other  _____ | $3,340,886.00 |

2.  **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |

Official Form 207     **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**     page **1**

Debtor    Please & Thank You, LLC    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. Chase Ink<br>PO Box 6294<br>Carol Stream, IL 60197-6294 | 3-2-2026,<br>4-1-2026 | $40,539.70 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__ |
| 3.2. Bluevine Capital Inc. | 3-26-2026 | $9,369.07 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3. Chase<br>PO Box 6294<br>Carol Stream, IL 60197-6294 | 3-27-2026 | $9,663.48 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__ |
| 3.4. Citi Cards<br>POB 182564<br>Columbus, OH 43218-2564 | 4-23-26,<br>3-23-26,<br>2-23-26 | $29,457.18 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__ |
| 3.5. Wefunder | 5-1-2026 | $12,978.85 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.6. Capital One Business Spark Cash Plus<br>PO Box 60519<br>City of Industry, CA 91716-0519 | 4-13-2026,<br>3-11-2026,<br>2-11-2026 | $71,097.57 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__ |
| 3.7. Small Business Administration EIDL<br>409 3rd Street SW<br>Washington, DC 20416 | 2-6-2026 | $9,849.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.8. On Deck Capital Inc<br>1400 Broadway<br>New York, NY 10018 | | $36,273.44 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

| Debtor | Please & Thank You, LLC | Case number *(if known)* | |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**   **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Official Form 207 | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy | page **3** |
|---|---|---|

Debtor   Please & Thank You, LLC                           Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.   Seiller Waterman LLC<br>462 S. Fourth Street<br>22nd Floor<br>Louisville, KY 40202 | | May 2026 | $30,000.00 |
| **Email or website address**<br>bordy@derbycitylaw.com | | | |
| **Who made the payment, if not debtor?** | | | |
| 11.2.   Gartland Thacker DelCotto<br>Laura Day DelCotto<br>200 North Upper Street<br>Lexington, KY 40507 | | April 2026 | $350.00 |
| **Email or website address**<br>https://www.dlgfirm.com/ | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

| Debtor | Please & Thank You, LLC | Case number *(if known)* | |
|---|---|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

---

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:   Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

---

| Debtor | Please & Thank You, LLC | Case number *(if known)* |
|---|---|---|

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| See Exhibit E | | Misc baking wares, artwork, sinks, freezers etc. | $25,000.00 |

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Official Form 207 | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy | page **6** |
|---|---|---|

| Debtor | Please & Thank You, LLC | Case number *(if known)* | |
|---|---|---|---|

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. | Patterson & Company CPAs PLLC<br>Robert W. Patterson Jr.<br>2297 Lexington Rd, Ste 102<br>Louisville, KY 40206 | 2016 - 2025 |
| 26a.2. | Abacas CPA<br>Levi Kamer | 2025 |
| 26a.3. | CG CPAs<br>Brent Cox, Erin Walk, Kelly Davis | 2026 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. | Set Apart Accounting Corp | 2024 - 2025 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Brooke Vaughn | 2341 Frankfort Avenue<br>Louisville, KY 40206 | Sole Member & President | 100% |

Official Form 207      **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**      page **7**

Debtor  Please & Thank You, LLC _____  Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jason Pierce | 2341 Frankfort Avenue Louisville, KY 40206 | Chief Marketing Officer | 0 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Melanie Tapp | 2341 Frankfort Avenue Louisville, KY 40206 | Chief Operating Officer | 0 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■  No
☐  Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐  No
■  Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Brooke Vaughn 2341 Frankfort Ave Louisville, KY 40206 | 101,769.15 | Last 12 months | Salary |
| | **Relationship to debtor** Sole Member | | | |
| 30.2. | Brooke Vaughn 2341 Frankfort Ave Louisville, KY 40206 | $81,858.95 | 09/2025 - $50,000; 10/2025 - $15,000; 01/2026 - $6,858.95; 02/2026 - $10,000 | Owner draw |
| | **Relationship to debtor** Sole Member & President | | | |
| 30.3. | Melanie Tapp 1328 S Brook Street Louisville, KY 40208 | $91,173.18 | Last 12 months | Salary |
| | **Relationship to debtor** Chief Operating Officer | | | |
| 30.4. | Jason Pierce 2341 Frankfort Ave Louisville, KY 40206 | $96,920.60 | Last 12 months | Salary |
| | **Relationship to debtor** Chief Marketing Officer | | | |

Debtor   Please & Thank You, LLC                                    Case number *(if known)* _____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     June  2, 2026

/s/ Brooke Vaughn                                       Brooke Vaughn
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor     Sole Member & President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

# EXHIBIT E

| LOCATION | ITEM | OWNER |
| --- | --- | --- |
| RIVER | rocking chair | Brooke Vaughn |
| RIVER | the BOSS artwork | Brooke Vaughn |
| RIVER | shooting range artwork | Brooke Vaughn |
| RIVER | bridget bardot artwork | Brooke Vaughn |
| RIVER | toy tractor | Brooke Vaughn |
| FRANK | filing cabinets | Brooke Vaughn |
| FRANK | john lennon artwork | Brooke Vaughn |
| INDY | eagles artwork | Brooke Vaughn |
| INDY | rubber tree plant | Brooke Vaughn |
| INDY | john clark artwork (x3—one painting, two ink) | Jason Pierce |
| INDY | mcdole artwork (x3—collage, wooden legs, ink drawing) | Jason Pierce |
| INDY | nat russell artwork (print) | Jason Pierce |
| DUNCAN | vintage farm table with vice | Jason Pierce |
| DUNCAN | vintage dishrack/cabinet piece | Jason Pierce |
| DENVER | 3 Compartment Sink | Melanie Tapp |
| DENVER | hand sinks | Melanie Tapp |
| DENVER | Stainless Steel Prep Tables | Melanie Tapp |
| DENVER | hobart mixer | Melanie Tapp |
| DENVER | Imperial Double Stack Oven | Melanie Tapp |
| DENVER | Imperial gas range | Melanie Tapp |
| DENVER | 1 door standing freezer | Melanie Tapp |
| DENVER | 2 door standing freezer | Melanie Tapp |
| DENVER | 1 door under counter fridge | Melanie Tapp |
| DENVER | 2 door standing cooler | Melanie Tapp |
| DENVER | 2 door standing cooler | Melanie Tapp |
| DENVER | speed racks (multiple) | Melanie Tapp |
| DENVER | various baking & cooking small wares | Melanie Tapp |
| DENVER | RTD case | Melanie Tapp |
| DENVER | misc shelving & metro racks | Melanie Tapp |
| MARK | wooden hutch | David Diedrich |
| MARK | glass display case | Lou Ann Pierce |
| MARK | screen printing equipment (press, driers, light box, cabinets | Matthew Mcdole |

**TOTAL VALUE:**                                    **$25,000.00**

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## WESTERN DISTRICT OF KENTUCKY

In re   Please & Thank You, LLC _____
                                    Debtor(s)

Case No. _____
Chapter   11 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $   30,000.00 |
| Prior to the filing of this statement I have received | $   30,000.00 |
| Balance Due | $   0.00 |

2.   The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e.  [List other services that counsel has agreed to provide]
       Negotiations with secured creditors to reduce to market value; preparation and filing of applications as needed; preparation and filing of motions.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       Representation before any court or in any proceeding other than the United States Bankruptcy Court where the petition was filed.

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

June  2, 2026 _____
*Date*

/s/ Neil C Bordy _____
Neil C Bordy 06503
*Signature of Attorney*
Seiller Waterman LLC
Meidinger Tower - 22nd Floor
462 S. 4th Street
Louisville, KY 40202
502-584-7400  Fax: 502-583-2100
bordy@derbycitylaw.com _____
*Name of law firm*

# United States Bankruptcy Court
## WESTERN DISTRICT OF KENTUCKY

In re     Please & Thank You, LLC
                                              Debtor(s)

Case No. _____

Chapter     11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Brooke Vaughn 2341 Frankfort 40206 Louisville, KY 40206 | Member | 100% | Membership |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Sole Member & President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date     June  2, 2026

Signature     /s/ Brooke Vaughn
                Brooke Vaughn

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**WESTERN DISTRICT OF KENTUCKY**

In re    Please & Thank You, LLC                                     Case No.   _____
                                    Debtor(s)            Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the Sole Member & President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    June  2, 2026                          /s/ Brooke Vaughn
                                    Brooke Vaughn/Sole Member & President
                                    Signer/Title

415 Partners LLC
415 East Market Street
Louisville, KY 40202

800 Block LLC
Dr Praveen V. Arla, M.D.
1432 Cherokee Rd
Louisville, KY 40204

Aaron Wilder
1024 Rollingwood Ln
Goshen, KY 40026

Abby Long
1251 S Clay St
Louisville, KY 40203

Addy Free
3001 E Franklin Ave
Minneapolis, MN 55406

Alan Lipscomb
1175 Jones Farm Rd
Mount Ulla, NC 28125

Albert C Lee
347 Pantano Dr
Saint Augustine, FL 32095

Alex Pepper
358 Pembroke Way
Campbellsville, KY 42718

Alex Whittenburg
2108 Baringer Ave
Louisville, KY 40204

Alexander Mulhall
205 Glenbrook Court
Frankfort, KY 40601

Alexander Palazzo
53 Kentland Avenue
Providence, RI 02904

Alexander Thomas
3721 Warner Avenue
Louisville, KY 40207

Alisha Torres
1402 Voltaire Street
Deltona, FL 32725

Allendra Letsome
3905 Beechwood Road
Hyattsville, MD 20782

Allison White
21345 Orange Ave
Castro Valley, CA 94546

Alsco Uniforms
711 E. Vermont Street
Indianapolis, IN 46202

Alton Buzzell
1230 Stage Road
Etna, ME 04434

Amanda Abel
119 State Street
Louisville, KY 40206

Amelia Keller
1064 Union Street
Manchester, NH 03104

Amy Real Coultas
502 Bauer Ave
Louisville, KY 40207

Anders Frihed Hedegaard Christensen
33 Borresvej
Risskov 08240
DENMARK

Andrew Cornelius
215A 81st Street
Virginia Beach, VA 23451

Andrew Hempfling
6001 Hickory Tree Rd
Louisville, KY 40291

Aneesh Saxena
422B Moore Avenue
Nashville, TN 37203

Angela Hedger
390 Stovall St, SE Unit 2014
Atlanta, GA 30316

Anita Moore
132 Sea Breeze Dr
Aransas Pass, TX 78336

Anne Davison Panofsky
8313 Raintree Cir
Culver City, CA 90230

Ariyana West
4180 Cherry St
Zachary, LA 70791

Arjun Joseph Dhir
807 Celosia
San Antonio, TX 78245

Arpita Lakhotia
2411 Rudy Lane
Louisville, KY 40207

Ashley Summer Auerbach
1513 Rosewood Ave
Louisville, KY 40204

Ashley Weis
808 E Washington St
Louisville, KY 40206

AV RCP LP
2320 Ash Avenue
Louisville, KY 40245

Axel Olivella
Av Alsonso Reyes 21
Ciudad Santa Caterina Nueva Levon 66196
MEXICO

Bailey Helmel
300 Solitude Road
Coxs Creek, KY 40013

Bank of America
PO Box 660441
Dallas, TX 75266-0441

Benjamin Alexander
1216 Sorolla Ave
Miami, FL 33134

Beth S C Hen
54 Eagle Rd
Marlboro, NJ 07746-1818

Beverly Koenig
2800 Thistlewood Dr
Louisville, KY 40206

Bluevine Capital Inc.
401 Warren St., Suite 300
Redwood City, CA 94063

Breck Peabody
63 Crosby St
Arlington, MA 02474

Brian Lemke
1025 Forest Road
La Grange Park, IL 60526

Brooke Vaughn
1065 S Race Street
Denver, CO 80209

Bruce C Sperry
367 Avenida Casstilla Unit D
Laguna Woods, CA 92637

Bryce Butler

Cade Joiner
3901 Byrnwyck Pl NE
Atlanta, GA 30319

Cameron Cousins
3703 Tan Bark Ct
Louisville, KY 40220

Camille Mason
7019 Village Gate Trace
Louisville, KY 40291

Capital One Business Spark Cash
PO Box 60519
City of Industry, CA 91716-0519

Capital One Business Spark Cash Plus
PO Box 60519
City of Industry, CA 91716-0519

Carri Francis
8510 Ambrosse Lane Unit 102
Louisville, KY 40299

Catherine Yamuth
PO Box 425
Harrods Creek, KY 40027

Celtic Bank
268 South State Street, Suite 300
Salt Lake City, UT 84111

Charles Sellman
7843 Vernon Avenue
Nottingham, MD 21236

Charley Miller
238 Pennsylvania Ave
Louisville, KY 40206

Chase Auto Finance
POB 901076
Fort Worth, TX 76101-2076

Chase Ink
PO Box 6294
Carol Stream, IL 60197-6294

Chase Southwest Rapid Rewards Card
Cardmember Service
PO Box 6294
Carol Stream, IL 60197-6294

Cheers VC
71-75 Shelton Street
London WC2H9JQ
ENGLAND

Chinedu Ogbonna
2 Kali Way
Haverhill, MA 01835

Chris Bleakley
1103 Baldwin Lane
Waxhaw, NC 28173

Chris Gahl
12916 Andover Drive
Carmel, IN 46033

Chris Mouradian
W204 S10526 Victoria Dr
Muskego, WI 53150

Christina Mazzoli
6803 Cameron Dr NW #107
Washington, DC 20012

Christine Redmon
3653 Kelly Way
Louisville, KY 40220

Christopher Veal
12025 Running Creek Road
Louisville, KY 40243

Chuck Slaughter
1309 E. Breckinridge Street
Louisville, KY 40204

Cindy Brindley
201 Breckenridge Court
Florence, AL 35630

Clinton Cecil
124 Nipper Court
Shepherdsville, KY 40165

Cody Tyler
1234 Black Oak Cir
Greenwood, IN 46143

Cole Bahakel
5779 Kugler Mill Road
Cincinnati, OH 45236

Corey Anderson
1212 N 575 W
Clearfield, UT 84015

Costco Anywhere Visa Citi Card
PO Box 6056
Carol Stream, IL 60197-6056

Crystal Brooks
7718 Island Club Dr, Apt H
Indianapolis, IN 46214

Dana Dilks
7657 S Ida
Haysville, KS 67060

Daniel Coffman
14206 Harbour Pl
Prospect, KY 40059

Daniel Killilea
2105 Via Madonna
Carrollton, TX 75006

Danielle Gillihan
10975 Stratford Way
Fishers, IN 46038

Dariana Francois
104-04 218 Place
Queens Village, NY 11429

David Russell Desjardins
1334 Castlewood Ave
Louisville, KY 40204

David Soendker
2514 Frankfort Ave #5
Louisville, KY 40206

David Vu
1620 NE Northwood Dr., #104
Pullman, WA 99163

Debbie Vaughn Diedrich
19730 Cordova Street
Westfield, IN 46074

Deepa Mokshagundam
1615 S 11th St
Saint Louis, MO 63104

Del DeMao
2535 Wernle Rd
Richmond, IN 47374

Delia O'Malley
18515 22nd Dr SE
Bothell, WA 98012

Delphia Taylor
11907 Lilac Way
Louisville, KY 40243

Devon Callaghan
1264 Bassett Ave
Louisville, KY 40204

Donald Clay McFadden
13635 Hunters Ridge Ct
Prospect, KY 40059

Donna Collins
3025 Eleanor Avenue
Louisville, KY 40205-2905

Doug Cappello
20 Innisbrook Dr
Pelham, NH 03076

Doug U'Sellis
2632 McCoy Way
Louisville, KY 40205

Dustin Cantrell
1911 Elmore St
Louisville, KY 40216

Dustin Fox
173 Ardmore Highway
Fayetteville, TN 37334

E.N.
Polocko g. 13 14
Vilnius 1204
LITUANIA

Edward Kosbab
3255 Riverview Dr
Fairbanks, AK 99709

Edward Sung
6-5-2-1902 Shirokane Minato-ku
Tokyo 108-0072
JAPAN

Edwin Keith Ratledge
164 Mohawk Street
Dearborn, MI 48124

Emilio Bogantes
Tranquilino Aienzo Flores Heredia
40101
COSTA RICA

Eric Marshall
2637 16th Avenue
Rice Lake, WI 54868

Erika Huerta-Garlington
PSC 2 Box 7684
APO
AE 09012

Erin Jones
2204 Alta Ave
Louisville, KY 40205

Evan Ray
103 Hillcrest Avenue
Louisville, KY 40206

Fever Basketball, LLC
125 S. Pennsylvania Street
Attn: General Counsel
Indianapolis, IN 46204

Fitz Shultze
849 South 6th Street
Louisville, KY 40203

FME Food Machinery Engineering Ltd
19158 94th Ave.
Surrey, B.C. V4N4X8

Gary Charles Gulbin
12490 Cherry Grove St
Moorpark, CA 93021

Genevieve Riccardelli
104 York Street Apt 4
Jersey City, NJ 07302

George Turkette
310 Lincoln Street
Indianapolis, IN 46225

Gerald Howell
5100 Green Cove Circle
Louisville, KY 40218

Geran Thur
2421 Glenmary Ave
Louisville, KY 40204

Grechen McGinn
1525 W Ardmore Ave
Chicago, IL 60660

Habitat for Humanity for Metro
Louisville Inc.
1620 Bank Street
Louisville, KY 40203

Harrison Kirby
2118 Lakeside Dr
Louisville, KY 40205

Harry Jameson
6126 Forest Lane
East Stroudsburg, PA 18302

Harry Rothgerber
3718 Hillsboro Rd
Louisville, KY 40207

Homer Hanna
PO Box 8661
Charleston, WV 25303

Indiana Dept of Revenue
Attn: Bankruptcy Section
100 N Senate Ave
MS 108
Indianapolis, IN 46204

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jackie Glass
7008 Quail Brace Ct
Louisville, KY 40241

Jaclyn Journey
2627 Valletta Road
Louisville, KY 40205

Jaewoo Park
14 Crestwood
Irvine, CA 92620

Jake Budler
2218 East 12th Street
Indianapolis, IN 46201

Jake Burns
200 West Liberty St
Louisville, KY 40202

James Berkel
4560 North Tierra Alta Drive
Tucson, AZ 85749

James Marshall
4 Crescent Rd Unit A
Greenbelt, MD 20770

James Payne
1326 Hepburn Avenue
Louisville, KY 40204

James Peter Aldrich
165 E Sterns Rd
Bartlett, IL 60103

Jamie Grabert
106 Holly Oak Lane
Alameda, CA 94502

Jamie King
10645 Meeting St
Prospect, KY 40059

Jane Atterbury Morgan
513 N Myrtle Dr
Myrtle Beach, SC 29575

Janet Gough
3264 Tavolara
Naples, FL 34114

Jason J Fink
12941 E Cochise Rd
Scottsdale, AZ 85259

Jason Pierce
2341 Frankfort Ave
Louisville, KY 40206

Jason Roach
1222 E Divot Dr
Tempe, AZ 85283

Jennifer Hallowell
6919 Royal Oakland Drive
Indianapolis, IN 46236

Jennifer Patterson
4093 Elmwood Avenue
Louisville, KY 40207

Jess Brito
2560 Fox Valley Pl
Indianapolis, IN 46268

Jessica Farquhar
611 Wallace Ave
Louisville, KY 40207

Jessica Hutson
3500 S Barnes Ave
Springfield, MO 65804

Jessica Peters
1618 Arlington Ave
Louisville, KY 40206

John Owen
4020 Blue Banks Ln
Bradenton, FL 34208

John T
4372 West 66th Street
Cleveland, OH 44144

Jon Salomon
2323 Bonnycastle Ave
Louisville, KY 40205

Jonathan Macy
333 South Meadowbrook Drive
Bloomington, IN 47401

Jonathan Vo Nguyen
PSC 80 Box 12579
APO, AP 96367

Joseph Francis
261 Quigley Blvd, Suite 10
New Castle, DE 19720

Joseph Reese
1231 NE Martin Luther King Jr Blvd, #536
Portland, OR 97232

Josh Rose
2231 S Shelby St
Louisville, KY 40217

Julie Rakowski
13003 Honeysuckle Way
Prospect, KY 40059

Justin Renfro
2878 Collier Ave
San Diego, CA 92116

Kami Jenkins
939 Ellison Ave
Louisville, KY 40204

Kandi Clark
14747 N. Northsight Blvd 111-126
Scottsdale, AZ 85260-2581

Kappie Farrington
1075 Hooper Station Rd
Shelbyville, KY 40065

Kat De Mancinas
429 Wild Fern Ln
Reidsville, NC 27320

Kathryn Vaughn
8 Pin Oak Ln
Louisville, KY 40207

Kelly Kussmaul
1714 Gray Street
Geneva, IL 60134

Kenneth McKiernan
1229 Northwest 40th Terrace
Gainesville, FL 32605

Kentucky Dept of Revenue
Legal Support Branch - Bankruptcy
P.O. Box 5222
Frankfort, KY 40602-2103

Kevin Andres
2775 Canal Ln
Georgetown, IN 47122

Kevin Hart
14110 Willow Grove Way
Louisville, KY 40245

Kevin Kollock
415 Clark Drive
Bradenton Beach, FL 34217

Key Source Properties
743 E Broadway, Ste 224
Louisville, KY 40202

Kim Hales
4707 Kitty Hawk Way
Louisville, KY 40207

Kristen Miller
3310 Trinity Rd
Louisville, KY 40206

Kristin Aaker
576 Gilpin St
Denver, CO 80218

Kyle Walker Consulting, LLC
6919 Royal Oakland Drive
Indianapolis, IN 46236

Lakisha Gayden
14607 Hampshire Hall Court
Upper Marlboro, MD 20772

Lance R. Mann
102 County Lane
Georgetown, KY 40324

Larry Horn
3711 Quail Hollow Ct
Louisville, KY 40241

Laurence D Pearl
905 East Capitol Street Southeast
Washington, DC 20003

LeAnne Nieters
211 Woodcleft Rd
Louisville, KY 40222

Liam Bonner
963 Woodruff Pl W Dr
Indianapolis, IN 46201

Liz Hinton
3500 W Mount Zion Rd
Crestwood, KY 40014

Lori Beck
1328 Lexington Road
Louisville, KY 40204

Lorna Prophater
1911 Overlook Terrace
Louisville, KY 40205

Lystra Baptiste
2168 Rue des Becs-Scie
Vaudreuil-Dorion, Montreal J7V9S3
CANANDA

Madge Roshkowski
6908 Windham Pkwy
Prospect, KY 40059

Marcie Grambeau
5165 Hellner Road
Ann Arbor, MI 48105

Maria Duaime Robinson
560 Edgell Road
Framingham, MA 01701

Marissa Kenemer
1036 Garvin Pl
Louisville, KY 40203

Marissa Thomas
2043 Douglass Boulevard #12
Louisville, KY 40205

Mark Umbach
24299 Paseo De Valencia
Laguna Woods, CA 92637

Martin Bechtold
14266 Carlow Run
Westfield, IN 46074

Matt Hogan
PO Box 534
Germantown, NY 12526

Matthew Argo
1197 Bella Vista Rd
Bentonville, AR 72712

Matthew Conliffe
14303 Glensford Place
Louisville, KY 40204

Matthew McDole
1618 Arlington Ave
Louisville, KY 40206

Megan Nealon
135 Hillside Dr
Maggie Valley, NC 28751

Melanie Tapp
1328 S Brook Street
Louisville, KY 40208

Melinda Young
4839 N Winchester Ave
Chicago, IL 60640

Melissa Hardy
7525 N 875 W
Indianapolis, IN 46259

Melle Reiff (Mr. Cashflow)
Hoofdweg
Amsterdam, NH 1911 PX
NETHERLANDS

Meredith Clipp Rodriquez
200 Kewanna Drive
Jeffersonville, IN 47130

METCO
Attn: James Adames
444 S 5th Street, Suite 600
Louisville, KY 40202

Metropolitan Business Development Corp.
Sarah Stewart Ashburner, Asst. Cty Atty
1st Trust Centre, 200 S. 5 St, Ste.300N
Louisville, KY 40202

Michael Gibbs
310 E. Jackson Street
West Unity, OH 43570

Michael Nordby
401 W Main St
Odin, MN 56160-2001

Michael Schulze
215 W Oak Street
Cottage Grove, WI 53527

Michael Vaughn
6717 Harrods View Circle
Prospect, KY 40059

Michelle Moore
2908 Dartmouth Avenue
Louisville, KY 40205

Michelle Raines
1309 E 11th Street
Indianapolis, IN 46202

Mick Hall
PO Box 261
Colo, IA 50056

Mike Sheehy
3702 Woodmont Park Ln
Louisville, KY 40245

Mindy Thompson
506 N Chestnut St
Seymour, IN 47274

Misha Tsozik
2203 Mahan Drive
Louisville, KY 40299

Mondray Gee
1042 Oglethorpe Dr
Franklin, TN 37064

Monty Rice
131 Bayard Pl
Madison, AL 35758

Moustafa Ezzat
118-35 Queens Blvd, Suite 400
Forest Hills, NY 11375

Myke Halpin
34-3 Shunpike Rd, #184
Cromwell, CT 06416

Nancy O'Byrne
7600 S Darkk Sands Drive
Tucson, AZ 85757-8238

Nathan Kuchta
2010 Baringer Ave
Louisville, KY 40204

National Labor Relations Advocates
 312 Walnut Street, Suite 1600
Cincinnati, OH 45202

Nicholas Sperl
12 Westwind Road
Louisville, KY 40207

Office of U.S. Attorney
Western District of Kentucky
For: Bankruptcy
717 West Broadway
Louisville, KY 40202

On Deck Capital Inc
1400 Broadway
New York, NY 10018

On Deck Capital Inc
Attn: Director of Operations
4700 W. Daybreak Pkwy, Suite 200
South Jordan, UT 84009

Pacers Basketball LLC
P.O. Box 713646
Cincinnati, OH 45271-3646

Pacers Basketball, LLC
125 S. Pennsylvania Street
Indianapolis, IN 46204

Paige Hasson
2000 Spring Dr, Unit 104
Louisville, KY 40205

Paige Shank
1723 Payne St
Louisville, KY 40206

Pat Porter
3811 Bayside Cir
Monroe, LA 71201

Patti Mercadante
9332 Garden Springs Ave
Las Vegas, NV 89149

Penske Truck Leasing Co., LP
2675 Morgantown Road
Reading, PA 19607

Peter Baptista
10 Country Meadow Drive
Cranston, RI 02921

Peter J Nagle
247 NM-554
PO Box 1321
Abiquiu, NM 87510

Prakash Bhambhani
#2507, JBC4, Cluster N Jumeirah Towers
Dubai
ARE

Pruthvi Ustepalle
20120 S Danvers Rd
Lynnwood, WA 98036

Publix Super Markets, Inc.
PO Box 32010
Lakeland, FL 33802-0407

Rachel Cole
5423 Burford St
San Diego, CA 92111

Rachel Harb
1924 Duker Ave
Louisville, KY 40205

Rachel Klein
4315 N Park Ave
Indianapolis, IN 46205

Rachel Zalenski
5591 Bowland Pl N, Unit 404
Dublin, OH 43016

Ralph Burkey
9823 Grenfell Way
Louisville, KY 40242

Randall A Hamerly
7353 Silkwood Lane
Highland, CA 92346

Renee Y Battle
3168 Wallace Ave
Indianapolis, IN 46218

Ricky Downs
7201 Apple Mill Dr
Louisville, KY 40228

Riselwyn Melodias
2531 Maricopa Ave
Richmond, CA 94804

Robert Bray
14 Bodmin Dr Sprowston
Norwich Norfolk NR78GF
UNITED KINGDOM

Robert Thurber
1137 E 54th Street
Brooklyn, NY 11234

Ron Burse Jr
7010 New Bern Ct
Prospect, KY 40059

Russ Rosenband
101 Bedford Ave D601
Brooklyn, NY 11211

Ruthie Hall
157 N Jame St
Louisville, KY 40206

Ryan Rogers
1637 Windsor Pl
Louisville, KY 40204

Ryan Vaughn
230 W Sycamore St
Zionsville, IN 46077

S M
5737 Hillcrest Rd
Downers Grove, IL 60516

Samantha Kimbrough
6422 Malcolm Dr
Dallas, TX 75214

Samuel Oslund
3288 21st Street
San Francisco, CA 94110

Sanchalita Chatterjee
80 N McQueen Rd, Apt 2019
Gilbert, AZ 85233

Saniya Sami
726 Indian Ridge Rd
Louisville, KY 40207

Scott Romer
325 Lochwood Terrace
Decatur, GA 30030

Sean Dotson
171 S Fair Oaks Ave, Unit 242
Madison, WI 53704

Sean Higgins
6704 Greenlawn Rd
Louisville, KY 40222

Shabbir Malbari
18823 Harbor Key Circle
Houston, TX 77084

Shannon Custard
15176 Lakeshore Dr
Vandalia, MI 49095

Shannon Kolbe
3208 Sun Dew Drive
Jeffersonville, IN 47130

Shavita L Rice
PO Box 1063
Huntsville, AL 35807

Shayan Kamal
2256 Park Centre Drive 209
Denver, CO 80234

Sheila M Martin
2100 Carabiner Way
Louisville, KY 40245

Sheila Stoke
7906 Westover Dr
Prospect, KY 40059

Shelly Fournier
80 Maple St Apt A
Easthampton, MA 01027

Shiny Liu
43-10 Chescent St, Apt 3004
Long Island City, NY 11101

Shoaib Mohiuddin
2702 Painted Sunrise Trail
Houston, TX 77045

Small Business Administration
409 3rd Street SW
Washington, DC 20416

SouthState Bank, N.A.
1101 First Street South
Winter Haven, FL 33880

Stephanie Tittle
5607 Greenhaven Lane
Goshen, KY 40026

Stephen Barnes
30 Creekline Drive
Roswell, GA 30076

Steve Hall
10025 West Wind Drive
Greenville, IN 47124

Steve Paradis
2901 N Buckeye Ln
Goshen, KY 40026

Supreet Kaur
2901 NE 1st Ave Apt 1609
Miami, FL 33137

Susan R Sullivan
45875 Grant Court, Unit 22
Macomb, MI 48044

Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204

Tami Moyher
3253 La Canada Dr Apt 1
Shingle Springs, CA 95682

Taylor Jones
2101 W 73rd Ave
Denver, CO 80221

Terri Parker
9779 S Alta View Cir
Sandy, UT 84070

Tess Funke Bunnell
6939 Russet Dr
Plainfield, IN 46168

The Group Entertainment
2530 Ransdell Ave
Louisville, KY 40204

The Marwan A. Jalili Rev. Living Trust
Mazin Jalili, Trustee
22 Beacon Hill Lane
Englewood, CO 80111

Thierry Van Leuvan
2370 Twain Court
Fairfield, CA 94533

Thornhill Trading LLC
183 N 3rd St
Eagle Lake, FL 33839

Tracye Thompson
4203 Wine Cellar Ct
Louisville, KY 40272

U.S. Small Business Administration
Tennessee District Office
2 International Plaza, Ste. 500
Nashville, TN 37217-2002

Usama Ibrahim
680 S Federal St
Chicago, IL 60605

Uzoma Nwabara
3110 W Belle Plaine Ave, Apt 2
Chicago, IL 60618

Van Tran
1614 8th Avenue
Oakland, CA 94606

Waste Management
3600 E 48th Ave
Denver, CO 80216

West Lou Coffee, LLC
1821R W Broadway
Louisville, KY 40203

Will Greene
217 Sequoya Rd
Louisville, KY 40207

William Thornhill
183 N 3rd St
Eagle Lake, FL 33839

Zach Hensley
7000 Clore Ln
Crestwood, KY 40014

Zahra Curtin
750 Columbus Ave, Apt 3T
New York, NY 10025

Zara Otamias
4 Indian Rock Rd
Haverhill, MA 01832

# United States Bankruptcy Court
## WESTERN DISTRICT OF KENTUCKY

In re     Please & Thank You, LLC
                                    Debtor(s)

Case No. _____

Chapter     11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    Please & Thank You, LLC    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

June  2, 2026
Date

/s/ Neil C Bordy

Neil C Bordy 06503

Signature of Attorney or Litigant
Counsel for    Please & Thank You, LLC

Seiller Waterman LLC
Meidinger Tower - 22nd Floor
462 S. 4th Street
Louisville, KY 40202
502-584-7400 Fax:502-583-2100
bordy@derbycitylaw.com